Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>             Plaintiff,<br><br>      v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>             Defendant. | Case No.: 23-cv-6543<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF SVB FINANCIAL GROUP** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiff SVB Financial Group certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding ("Interested Third Parties").  The Interested Third Parties have either appeared or requested notice in Plaintiff SVB Financial

Group's bankruptcy proceeding, *In re SVB Fin. Grp.*, No. 23-10367 (MG) (Bankr. S.D.N.Y.).

- 140 Summer Partners LP
- 387 Park Avenue South L.L.C.
- 53 State Property, L.P.
- Alesco Preferred Funding X, Ltd.
- Alesco Preferred Funding XI, Ltd.
- Alison Davis
- Alison Schreier
- Alter Domus Participations S.à r.l.
- Appaloosa L.P.
- Appaloosa LP
- ARE-MA Region No. 76, LLC
- Attestor Value Master Fund LP, c/o Attestor Limited
- BA2 Quad LLC c/o TMG Partners
- Barclays Bank PLC
- Barings LLC
- Ben Jones
- Beverly Kay Matthews
- BlackRock Financial Management, Inc
- Board of Governors of the Federal Reserve System
- BOFA Securities, Inc.
- Brandywine 300 Delaware LLC
- Brijesh Rathi
- BXP Madison Centre I LLC
- BXP Madison Centre II LLC
- CastleKnight Management LP
- CCP/MS SSIII Denver Tabor Center 1 Property Owner LLC

- Centerbridge Partners, L.P.
- Citadel Advisors LLC
- Citigroup Global Markets
- Cornerstone Title Holder LLC
- Cousins Fund II Phoenix I, LLC
- Cross Ocean Partners
- CyrusOne LLC
- Daniel J. Beck
- Davidson Kempner Capital Management LP
- Deutsche Bank Securities Inc.
- Diameter Capital Partners LP
- Elizabeth Burr
- Eric A. Benhamou
- Ernst & Young U.S. LLP
- Esue Trust
- Farallon Capital Management, L.L.C.
- Federal Deposit Insurance Corporation in its capacity as receiver for Silicon Valley Bank
- Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bridge Bank, N.A.
- Financial Management, Inc.
- First-Citizens Bank & Trust Company
- Garen K. Staglin
- Gregory W. Becker
- Hildene Collateral Management Company, LLC
- Hudson Bay Master Fund Ltd.
- Insight Global, LLC
- Internal Revenue Service

1. - Iron Mountain Information Management, LLC
2. - J.P. Morgan Securities LLC
3. - Jasan Trust
4. - Jeffgen Trust fbo Elyse Chodkowski
5. - Jeffgen Trust fbo Steven Sandelman
6. - Jeffrey N. Maggioncalda
7. - Jeffrey Sandelman
8. - Joel P. Friedman
9. - John Peters
10. - John Robinson
11. - John S. Clendening
12. - Kate D. Mitchell
13. - Kevin Choi
14. - Kim Olsen
15. - Kimberly Jabal
16. - King Street Capital Management, L.P.
17. - KPMG LLP
18. - Laura Cushing
19. - Laura Izurieta
20. - LeAnn Rogers
21. - Macquarie Investment Management Business Trust
22. - Mary J. Miller
23. - MFN Partners Management, LP
24. - Michael Descheneaux
25. - Michael Kruse
26. - Michael Vande Krol
27. - Michael Zuckert
28. - Millennium Management LLC

- MUFG Fund Services (Cayman) Limited
- Oracle America, Inc.
- P. Schoenfeld Asset Management LP
- Pacific Investment Management Company LLC
- Parsifal Capital Management, LP
- Partners Management LP
- Pentwater Capital Management LP
- Philip Cox
- RBC Capital Markets, LLC
- Redwood Capital
- Richard D. Daniels
- Roger F. Dunbar
- Saffron Buyer LLC
- SAP America, Inc.
- SAP Industries, Inc.
- Satagopan Rajagopalan
- Securities & Exchange Commission
- Silicon Valley Bridge Bank, N.A.
- Silver Point Capital
- State of New York Attorney General
- SVB Capital
- Taconic Capital Advisors L.P.
- Tata Consultancy Services Limited
- The Capital Markets Company LLC
- Thomas King
- Timothy L. Vaill
- Trapeza CDO IX, Ltd.
- Trapeza CDO X, Ltd.

COMPLAINT

- Trapeza CDO XI, Ltd.
- U.S. Bank National Association
- UBS Securities LLC
- United HealthCare Services, Inc.
- United States Attorney for Southern District of New York
- United States Department of Justice
- United States Trustee for the Southern District of New York
- UnitedHealthcare Insurance Company
- Wilmington Trust Company
- Zain Haider
- Zions Bancorporation, N.A. d/b/a California Bank & Trust

Dated:  December 19, 2023

*/s/ Robert A. Sacks*
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*