| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
| | (sacksr@sullcrom.com) |
| 2 | Adam S. Paris (SBN 190693) |
| | (parisa@sullcrom.com) |
| 3 | Diane L. McGimsey (SBN 234953) |
| | (mcgimseyd@sullcrom.com) |
| 4 | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East |
| 5 | Los Angeles, California 90067 |
| | Telephone:   (310) 712-6600 |
| 6 | Facsimile:   (310) 712-8800 |
| 7 | *Attorneys for Plaintiff SVB Financial Group* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SVB FINANCIAL GROUP, | ) | Case No. 23-cv-06543-BLF |
| | ) | |
| Plaintiff, | ) | **PROOF OF SERVICE OF SUMMONS,** |
| | ) | **COMPLAINT, AND SUPPLEMENTARY** |
| v. | ) | **MATERIALS** |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, in its corporate | ) | |
| capacity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067-1725.

On December 29, 2023, I caused to be served the foregoing documents described as:

1. **COMPLAINT;**
2. **SUMMONS;**
3. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
4. **STANDING ORDER RE: CIVIL CASES FOR JUDGE BETH LABSON FREEMAN;**
5. **STANDING ORDER RE: CIVIL BENCH TRIALS FOR JUDGE BETH LABSON FREEMAN;**
6. **STANDING ORDER FOR ALL JUDGES RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**
7. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE;**
8. **CERTIFICATION OF INTERESTED PARTIES OR PERSONS BY PLAINTIFF SVB FINANCIAL GROUP;**
9. **NOTICE OF ELIGIBILITY FOR VIDEO RECORDING;**
10. **ECF REGISTRATION INFORMATION; AND**
11. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

on the interested parties in this action by placing copies of these documents in an envelope addressed as follows:

SEE ATTACHED SERVICE LIST

**[X]    BY CERTIFIED U.S. MAIL (Return Receipt Requested):** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]    E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a true and correct copy of the aforementioned document to be transmitted to each of the e-mail addresses last given and listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 2, 2024, at Los Angeles, California.

_____
Diana Hernandez

# SERVICE LIST

*SVB Financial Group* v. *Federal Deposit Insurance Corporation, in its corporate capacity*
United States District Court for the Northern District of California
Case No. 23-cv-06543-BLF

| Name | Address | Method of Service |
|---|---|---|
| Debra Decker, Executive Secretary (FDIC) | Debra Decker<br>Executive Secretary<br>Federal Deposit Insurance Corporation<br>550 17th Street, N.W.<br>Washington, D.C. 20429 | Certified Mail |
| Federal Deposit Insurance Corporation | CT Corporation System<br>330 N Brand Blvd., Ste. 700<br>Glendale, California 91203-2336 | Certified Mail |
| Paul P. Worthing, Regional Director, Division of Risk Management Supervision (FDIC) | Paul P. Worthing<br>FDIC Regional Director<br>Division of Risk Management Supervision<br>25 Jessie Street at Ecker Square<br>Suite 2300<br>San Francisco, CA 94105-2780 | Certified Mail |
| Civil Process Clerk (United States Attorney's Office) | Civil Process Clerk<br>United States Attorney's Office for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Certified Mail |
| Merrick Garland, Attorney General of the United States (Department of Justice) | Merrick Garland<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | Certified Mail |
| Federal Deposit Insurance Corporation | CourtesyCopy@FDIC.gov | E-Mail |
| Erik Bond (FDIC) | erbond@FDIC.gov | E-Mail |
| Jason Benton (FDIC) | jabenton@FDIC.gov | E-Mail |
| Derek Baker (Reed Smith) | DBaker@ReedSmith.com | E-Mail |
| Kurt Gwynne (Reed Smith) | KGwynne@ReedSmith.com | E-Mail |
| Casey Laffey (Reed Smith) | CLaffey@ReedSmith.com | E-Mail |
| Benjamin Finestone (Quinn Emanuel) | benjaminfinestone@quinnemanuel.com | E-Mail |
| Jonathan Cooper (Quinn Emanuel) | jonathancooper@quinnemanuel.com | E-Mail |
| Kyra Simon (Quinn Emanuel) | kyrasimon@quinnemanuel.com | E-Mail |

-3-

| Name | Address | Method of Service |
|---|---|---|
| Deborah Newman (Quinn Emanuel) | deborahnewman@quinnemanuel.com | E-Mail |
| Kate Scherling (Quinn Emanuel) | katescherling@quinnemanuel.com | E-Mail |
| Eric Lyttle (Quinn Emanuel) | ericlyttle@quinnemanuel.com | E-Mail |