UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and hereby appear as counsel for Defendant Federal Deposit Insurance Corporation, in its corporate capacity, in the above-captioned action. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon me at the address listed below.

| | |
|---|---|
| Dated: January 12, 2024 | Respectfully submitted,<br><br>*/s/ Emily Kapur*<br><br>Emily Kapur (Bar No. 306724)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com<br><br>*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)* |