UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>    Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FOIA CLAIM** |

Good cause appearing, Defendant's request is granted. The Court orders the following:

The deadline for Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC") to answer or otherwise respond to Count VIII of the complaint filed by Plaintiff SVB Financial Group ("SVBFG") shall be extended by thirty (30) days. The FDIC shall file its answer or response to all counts of SVBFG's complaint on or before March 4, 2024.

**IT IS SO ORDERED.**

Date: _____        _____

The Honorable Beth Labson Freeman
United States District Judge