# EXHIBIT 1

| | |
|---|---|
| **From:** | McGimsey, Diane L. <mcgimseyd@sullcrom.com> |
| **Sent:** | Monday, February 12, 2024 9:39 PM |
| **To:** | Alexander Noronha; Sacks, Robert A.; Paris, Adam S. |
| **Cc:** | Jonathan Cooper; Eric Lyttle; Benjamin Finestone; Kyra Simon; Kate Scherling; Hogberg, Sverker Kristoffer |
| **Subject:** | RE: SVBFG v. FDIC (N.D. Cal.) - Proposed Stipulation |

**[EXTERNAL EMAIL from mcgimseyd@sullcrom.com]**

Alex,

SVBFG has considered your proposal and declines your request to jointly move the Court to order alternative deadlines to those set forth in N.D. Cal. Local Rule 16-5. Any further delay would prejudice SVBFG and we do not see any efficiencies in further delaying the adjudication of the APA review claim, particularly given the time that has already passed and the fact that the administrative record should be readily available to you. We are of course amenable to entering into an appropriate protective order and will send you a proposed draft unless you already have a draft that you would like us to review.

Diane

**Diane L. McGimsey**
+1 310 712 6644 (T)

---

**From:** Alexander Noronha <alexandernoronha@quinnemanuel.com>
**Sent:** Tuesday, February 06, 2024 9:22 AM
**To:** Sacks, Robert A. <SACKSR@sullcrom.com>; Paris, Adam S. <Parisa@sullcrom.com>; McGimsey, Diane L. <mcgimseyd@sullcrom.com>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Benjamin Finestone <benjaminfinestone@quinnemanuel.com>; Kyra Simon <kyrasimon@quinnemanuel.com>; Kate Scherling <katescherling@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: SVBFG v. FDIC (N.D. Cal.) - Proposed Stipulation

Counsel:

I am following up on my January 29 email proposing that the parties jointly move the Court to order alternative deadlines to the ones set forth in N.D. Cal. Local Rule 16-5. Do you agree with our proposal?

Thanks,
Alex

**Alexander (Alex) J. Noronha**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8377 Direct
202.538.8000 Main Office Number
202.538.8100 FAX

1

alexandernoronha@quinnemanuel.com
www.quinnemanuel.com [quinnemanuel.com]

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alexander Noronha
**Sent:** Monday, January 29, 2024 11:11 AM
**To:** Sacks, Robert A. <sacksr@sullcrom.com>; Paris, Adam S. <parisa@sullcrom.com>; McGimsey, Diane L. <mcgimseyd@sullcrom.com>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Benjamin Finestone <benjaminfinestone@quinnemanuel.com>; Kyra Simon <kyrasimon@quinnemanuel.com>; Kate Scherling <katescherling@quinnemanuel.com>
**Subject:** SVBFG v. FDIC (N.D. Cal.) - Proposed Stipulation

Counsel:

We write to propose that the parties jointly move the Court to order alternative deadlines to the ones set forth in N.D. Cal. Local Rule 16-5.

Because SVBFG has filed a complaint that includes an APA claim decided on an administrative record, Local Rule 16-5 indicates that the FDIC-C must file an answer and certified copy of the transcript of the administrative record within 90 days of service of the complaint, and SVBFG must file a motion for summary judgment within 28 days of that.

The FDIC-C intends to file a motion to dismiss by March 4. It would be neither efficient nor sensible for the parties to undertake the steps in Local Rule 16-5, including briefing a motion for summary judgment, while the motion to dismiss is pending.

Instead, we propose that FDIC-C file its answer and a certified table of contents of the administrative record within 60 days of resolution of the motion to dismiss. We also anticipate that significant portions of the administrative record will be confidential, so we anticipate the need for a protective order. Accordingly, we propose providing SVBFG with the complete administrative record within the later of (i) 60 days of resolution of the motion to dismiss or (ii) 30 days of entry of an appropriate protective order.

With respect to summary judgment, we propose that the parties agree to meet and confer to discuss a schedule for briefing summary judgment after resolution of the forthcoming motion to dismiss.

Please let us know if you agree or would like to have a call to discuss.

Best regards,
Alex

**Alexander (Alex) J. Noronha**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8377 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
alexandernoronha@quinnemanuel.com
www.quinnemanuel.com [quinnemanuel.com]

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**\*\*This is an external message from:** alexandernoronha@quinnemanuel.com **\*\***

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

3