## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES UNDER CIVIL LOCAL RULE 16-5** |

Good cause appearing, Defendant's request is granted. The Court orders the following:

Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC"), shall file (1) its answer to the complaint of Plaintiff SVB Financial Group and (2) a certified index of the administrative record no later than 60 days after the Court resolves the FDIC's motion to dismiss.

**IT IS SO ORDERED.**

Date: _____      _____

The Honorable Beth Labson Freeman
United States District Judge