Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　　　　Defendant. | Case No.: 5:23-cv-06543-BLF<br><br>**DECLARATION OF ADAM S. PARIS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S OPPOSITION TO DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION FOR EXTENSION OF DEADLINES UNDER CIVIL LOCAL RULE 16-5** |

I, Adam S. Paris, declare as follows:

1. I am admitted to practice law in the State of California and the United States District Court for the Northern District of California. I am a partner of the law firm of Sullivan & Cromwell LLP, counsel for Plaintiff SVB Financial Group ("SVBFG") in this case. I submit this declaration (this "Declaration") in support of SVBFG's Opposition to Defendant Federal Deposit Insurance Corporation's ("FDIC") Motion for Extension of Deadlines Under Civil Local Rule 16-5 (the "Opposition").

2. All facts set forth in this Declaration are based upon personal knowledge or my review of relevant documents, including the documents attached hereto. All capitalized terms not otherwise defined herein have the same meaning as set forth in the Opposition.

3. Attached hereto as **Exhibit 1** is a true and correct copy of SVBFG's Proof of Service of Summons, Complaint, and Supplementary Materials filed in this case at Dkt. No. 7.

4. On August 29, 2023, the FDIC filed an Objection to SVBFG's Motion for Entry of an Injunction in SVBFG's adversary proceeding against the FDIC in the United States Bankruptcy Court for the Southern District of New York, *SVB Fin. Grp.* v. *FDIC*, Case No. 23-AP-01137 (Bankr. S.D.N.Y.), Dkt. No. 50. On page 17 of its objection, the FDIC stated that "it is beyond dispute that under no circumstance would [SVBFG] be entitled to prejudgment interest on any judgment rendered in its favor against the [FDIC] in this Adversary Proceeding."

5. Attached hereto as **Exhibit 2** is a true and correct copy of a graph showing the market yields on U.S. treasury securities at one-year constant maturity between March 16, 2023, and February 23, 2024, as reported by the Board of Governors of the Federal Reserve System.

6. Based on the data reported by the Board of Governors of the Federal Reserve System, the average market yield on U.S. treasury securities at one-year constant maturity between March 16, 2023, and February 23, 2024, is approximately 5.10%.

-2-

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct.

3   Dated: February 27, 2024                    /s/ *Adam S. Paris*
    Los Angeles, California                     Adam S. Paris
4