# Exhibit 2

— Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis



Source: Board of Governors of the Federal Reserve System (US)                    fred.stlouisfed.org