Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (*pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**UNOPPOSED EMERGENCY MOTION TO CLARIFY ADMINISTRATIVE RECORD DEADLINE** |

Defendant Federal Deposit Insurance Corporation, in its corporate capacity (**FDIC-C**), respectfully moves the Court for an emergency order clarifying that the deadline for the administrative record is April 1, 2024, rather than March 4, 2024. Because March 4 is one business day away, FDIC-C seeks this relief on an emergency basis. Before filing this motion FDIC-C consulted with Plaintiff, who agrees that the deadline should be April 1, 2024.

Civil Local Rule 16-5 provides that "the defendant must serve and file . . . a certified copy of the transcript of the administrative record, within ***90 days*** of receipt of service of the summons and complaint." Civil L.R. 16-5 (emphasis added). FDIC-C received service on January 2, 2024. Dkt. No. 9-1 ¶ 3; Dkt No. 19 at 1 n.1. Ninety days after January 2, 2024, is April 1, 2024. Thus, under Civil Local Rule 16-5, the administrative record deadline is April 1, 2024.

There is no dispute that April 1, 2024, is the operative deadline. *See* Plaintiff's Opp. to Motion, Dkt. No. 19, at 1 ("Civil Local Rule 16-5 requires that . . . the defendant agency must serve and file . . . a certified copy of the transcript of the administrative record within 90 days of receipt of service of the summons and complaint — here, April 1, 2024.").

On February 29, 2024, the Court granted in part and denied in part a motion by FDIC-C to extend the deadlines under Civil Local Rule 16-5. Dkt. No. 22. In the final lines of its Order, the Court stated: "The FDIC must comply with Civil Local Rule 16-5's deadline for filing the administrative record. The motion to dismiss the complaint along with lodging the administrative record is due by March 4, 2024." Dkt. No. 22 at 4.

The parties agree that the deadline for the administrative record under Civil Local Rule 16-5 is April 1, 2024, rather than March 4, 2024. Although the Court denied FDIC-C's motion to extend that deadline, the denial of the motion would not shorten the deadline. And no party has moved or argued that the deadline should be earlier than April 1, 2024.

FDIC-C further states that because it has been relying on the deadlines specified by Civil Local Rule 16-5, which no party has sought to shorten, it would not be able to lodge an administrative record by March 4, 2024, which is just one business day away.

For the foregoing reasons, FDIC-C respectfully requests that the Court clarify that the administrative record deadline is April 1, 2024, rather than March 4, 2024.

| | | |
|---|---|---|
| 1 | Dated: March 1, 2024 | Respectfully submitted, |
| 2 | | /s/ Jonathan G. Cooper |
| 3 | Eric C. Lyttle (*pro hac vice*) | Emily Kapur (CA Bar No. 306724) |
| | Jonathan G. Cooper (*pro hac vice*) | **QUINN EMANUEL URQUHART** |
| 4 | **QUINN EMANUEL URQUHART** | **& SULLIVAN, LLP** |
| | **& SULLIVAN, LLP** | 555 Twin Dolphin Dr., 5th Floor |
| 5 | 1300 I Street NW, Suite 900 | Redwood Shores, CA 94065 |
| | Washington, DC 20005 | Telephone: (650) 801-5000 |
| 6 | Telephone: (202) 538-8000 | Facsimile: (650) 801-5100 |
| | Facsimile: (650) 538-8100 | Email: emilykapur@quinnemanuel.com |
| 7 | Email: ericlyttle@quinnemanuel.com | |
| | Email: jonathancooper@quinnemanuel.com | Benjamin I. Finestone (*pro hac vice*) |
| 8 | | **QUINN EMANUEL URQUHART** |
| | | **& SULLIVAN, LLP** |
| 9 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 10 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |
| 11 | | Email: benjaminfinestone@quinnemanuel.com |
| 12 | | *Counsel to the Federal Deposit Insurance* |
| | | *Corporation (in its corporate capacity)* |

-2-

Case No. 5:23-cv-06543-BLF
Emergency Mot. To Clarify