UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　Defendant. | Case No. 5:23-cv-06543-BLF<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED EMERGENCY MOTION TO CLARIFY ADMINISTRATIVE RECORD DEADLINE |

Good cause appearing, Defendant's motion is granted. The Court orders the following:

In accordance with Civil Local Rule 16-5, Defendant Federal Deposit Insurance Corporation, in its corporate capacity, shall have until April 1, 2024, to serve and file a certified copy of the transcript of the administrative record.

**IT IS SO ORDERED.**

Date: March 1, 2024

_____
The Honorable Beth Labson Freeman
United States District Judge