UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>  Plaintiff,<br><br>  vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>  Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**DECLARATION OF JEANNETTE WISE IN SUPPORT OF FDIC-C'S PARTIAL MOTION TO DISMISS** |

I, Jeannette Wise, declare as follows:

1. I am over the age of eighteen, of sound mind, and under no legal disability. I have personal knowledge of the facts stated in this declaration and, if called to testify, could and would testify to the same.

2. I currently serve as the Freedom of Information Act (**FOIA**) Counsel in the FOIA and Privacy Act Office, Federal Deposit Insurance Corporation (**FDIC**). I have worked in this position since May 2022. In this position, I provide legal advice and guidance to FDIC employees across the agency regarding the FOIA. I also monitor compliance with the agency's obligations under the FOIA, as well as its regulations, policies, procedures, directives, and guidelines to ensure proper administration of the FOIA.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Freedom of Information Act request submitted on June 29, 2023 by Robert Sacks for "records, whether written, electronic, or otherwise, regarding the Federal Deposit Insurance Corporation ('FDIC') Board's decision to recommend, pursuant to 12 U.S.C. § 1823(c)(4)(G), a determination of systemic risk related to Silicon Valley Bank."

4. Attached hereto as Exhibit 2 is a true and correct copy of a June 29, 2023 email to Robert Sacks from the FOIA/Privacy Act Group acknowledging receipt of the request.

5. Attached hereto as Exhibit 3 is a true and correct copy of a July 26, 2023 letter from Alisa Colgrove, a Government Information Specialist in the FDIC's FOIA/Privacy Act Group, to Robert Sacks regarding Mr. Sacks' June 29, 2023 Freedom of Information Act request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Arlington, Virginia
on March 4, 2024.

*/s/ Jeannette Wise*