# EXHIBIT 1

Case 5:23-cv-06543-BLF   Document 25-2   Filed 03/04/24   Page 1 of 3

The following list contains the entire submission submitted 6/29/2023 and is formatted for ease of viewing and printing.

## Contact information

| | |
|---|---|
| First name: | Robert |
| Last name: | Sacks |
| Address: | 1888 Century Park East |
| City: | Los Angeles |
| State: | California |
| Postal Code: | 90067 |
| Country: | United States of America (USA) |
| Phone: | |
| Organization: | |
| Email: | sacksr@sullcrom.com |

## Request information

Request ID:            2023-FDIC-FOIA-00602
Request description:   Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq., I am requesting records, whether written, electronic, or otherwise, regarding the Federal Deposit Insurance Corporation ("FDIC") Board's decision to recommend, pursuant to 12 U.S.C. § 1823(c)(4)(G), a determination of systemic risk related to Silicon Valley Bank. Specifically, I am requesting the FDIC Board resolution recommending a determination of systemic risk and any related documentation, including the staff memorandum prepared by the Federal Reserve staff recommending the systemic risk exception. The FDIC Board's decision to recommend the determination of systemic risk was disclosed in a statement published on March 12, 2023 (available at https://www.fdic.gov/news/press-releases/2023/pr23017.html).

Should any of the documents contain information for which confidential treatment has been requested, please send all non-confidential communications to me and note what was withheld. Also, please send any redacted versions of confidential documents.

I understand that the FOIA requires a response to my request within 20 days. We are hoping to obtain the information requested hereby as quickly as possible. Please contact me, however, if costs will exceed $500. I appreciate your assistance in responding to my request.

## Supporting documentation

No supporting documents were attached to this request.

## Fees related information

| | |
|---|---|
| Request category ID: | Commercial |
| Fee Waiver: | No |
| Explanation: | |
| Willing to pay: | $500.00 |

## Expedited processing

Expedited Processing: No
Explanation: