# EXHIBIT 2

| | |
|---|---|
| **From:** | EFOIA <EFOIA@FDIC.gov> |
| **Sent:** | Thursday, June 29, 2023 4:55 PM |
| **To:** | sacksr@sullcrom.com; Rosser, Felice L. |
| **Subject:** | Secure Email - FDIC FOIA Log # 2023-FDIC-FOIA-00602 |

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

06/29/2023
 Dear Robert Sacks: Your Freedom of Information Act/Privacy Act request has been received by the FDIC's FOIA/Privacy Act Group and assigned Log Number 2023-FDIC-FOIA-00602. Please be advised that the FOIA allows 20 business days from date of receipt to process
 your request, and additional processing time is allowed under certain circumstances. The FDIC FOIA staff member assigned to your request will contact you as necessary. You may call the FDIC's FOIA Service Center at 202-898-7021 to obtain information about
 the FOIA process and the status of your request. If you submitted your request using the FDIC's SecureRelease Electronic FOIA Request Portal, you may also track the status of your request by using the "My Requests"
https://www.securerelease.us/. Please cite
 your FOIA Log Number in any future inquiries regarding your request. IMPORTANT – In order to protect the privacy of your personal information, please note that the subject line of official FDIC emails regarding requests will contain the phrase "Secure Email"
 followed by the request number. Please make any necessary adjustments to your email spam blocker to ensure proper delivery of these emails. Additionally, please contact the FDIC FOIA Service Center at the contact information above if you have any questions
 concerning the legitimacy of any email message you receive regarding your FOIA request to the FDIC. Sincerely, FOIA/Privacy Act Group, Legal Division Federal Deposit Insurance Corporation 550 17th Street, NW Washington, DC 20429-9990