# EXHIBIT 3

**FDIC**

**Federal Deposit Insurance Corporation**
550 17th Street, NW, Washington, DC 20429-9990                                                                    Legal Division

July 26, 2023

Robert Sacks
1888 Century Park East
Los Angeles, California 90067

In re: <u>FDIC FOIA Case No. 2023-FDIC-FOIA-00602</u>

Dear Mr. Sacks:

This is regarding your June 29, 2023 Freedom of Information Act (FOIA) request.

In general, the FOIA allows an agency twenty business days from its receipt of a request to make its determination. However, in the case of unusual circumstances, the FOIA provides for an extension of the determination period by an additional ten days. See 5 U.S.C. § 552(a)(6)(B). Unusual circumstances exist when there is:

>   (i) the need to search for and collect the records from field facilities or other establishments that are separate from the office processing your request;

>   (ii) the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records; and/or

>   (iii) the need for consultation with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject-matter interest therein.

This serves as notice that we need more time to respond to your request due to the unusual circumstances designated in (i) and (iii) above.

We are proceeding with the final processing of your request with due diligence and anticipate that the processing of it will be completed no later than August 11, 2023. Additional information will be provided to you as soon as it becomes available.

Please feel free to contact me by email at acolgrove@fdic.gov if you have any questions about this matter.

>                       Sincerely,
>
>                       Alisa Colgrove
>                       Government Information Specialist
>                       FOIA/Privacy Act Group