UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　Defendant. | CASE No. 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER GRANTING FDIC-C's PARTIAL MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Court grants the partial motion to dismiss filed by Defendant Federal Deposit Insurance Corporation, in its corporate capacity. Counts I, II, III, IV, V, VII, and VIII of the complaint filed by Plaintiff SVB Financial Group are dismissed.

**IT IS SO ORDERED.**

Date: _____   _____

　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　United States District Judge