| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | (sacksr@sullcrom.com) |
| 2 | Adam S. Paris (SBN 190693) |
|   | (parisa@sullcrom.com) |
| 3 | Diane L. McGimsey (SBN 234953) |
|   | (mcgimseyd@sullcrom.com) |
| 4 | **SULLIVAN & CROMWELL LLP** |
|   | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California  90067 |
|   | Telephone:     (310) 712-6600 |
| 6 | Facsimile:      (310) 712-8800 |
| 7 | *Attorneys for Plaintiff SVB Financial Group* |
| 8 | [*Additional Counsel Listed on Signature Page*] |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No. 5:23-cv-06543-BLF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, | The Hon. Beth L. Freeman |
| Defendant. | |

1  WHEREAS, on December 19, 2023, Plaintiff SVB Financial Group ("SVBFG") filed a complaint against Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C") (Dkt. No. 1);

WHEREAS, on March 4, 2024, FDIC-C filed a motion to dismiss claims I, II, III, IV, V, VII, and VIII of the complaint (Dkt. No. 25) (the "Motion");

WHEREAS, under Civil Local Rule 7-3(a), the deadline for SVBFG's memorandum of law in opposition to FDIC-C's Motion is March 18, 2024, and the deadline for FDIC-C's reply memorandum of law in further support of its Motion is March 25, 2024;

WHEREAS, the hearing on FDIC-C's Motion has been set by the Court for July 11, 2024;

WHEREAS, SVBFG seeks, and FDIC-C agrees to, additional time for SVBFG to file its opposition to FDIC-C's Motion;

WHEREAS, pursuant to Section IV.B of this Court's Standing Order re Civil Cases, "[t]he parties may stipulate to and request Court approval of a briefing schedule that differs from that set forth in the Court's Civil Local Rules";

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, and subject to the Court's approval, that:

1. SVBFG shall file its memorandum of law in opposition to the FDIC-C's motion to dismiss by April 25, 2024.

2. FDIC-C shall file its memorandum of law in further support of its motion to dismiss by June 1, 2024.

1         IT IS SO STIPULATED.

2 Dated: March 6, 2024

3
                                                                */s/ Robert A. Sacks*
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

*/s/ Jonathan G. Cooper*
Emily Kapur (Bar No. 306724)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 6, 2024

_____
HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: March 6, 2024

                                                */s/ Robert A. Sacks*
                                                Robert A. Sacks