Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Judge: Hon. Beth Labson Freeman |

Pursuant to Civil Local Rule 3-13, Defendant Federal Deposit Insurance Corporation, in its corporate capacity (**FDIC-C**), submits this Notice of Pendency of Other Action or Proceeding to provide notice of the following action involving all or a material part of the same subject matter and all or substantially all of the same parties: *SVB Fin. Grp. v. FDIC*, No. 1:23-cv-07218-JPC (S.D.N.Y.) (the **SDNY Action**).[1]

On July 9, 2023, Plaintiff Silicon Valley Bank Financial Group (**SVBFG**) commenced an adversary proceeding in bankruptcy court against FDIC-C and the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank (**FDIC-R1**) and as Receiver for Silicon Valley Bridge Bank, N.A. (**FDIC-R2**). *SVB Fin. Grp. v. FDIC*, No. 1:23-ap-01137 (Bankr. S.D.N.Y.). On August 11, 2023, all three FDIC entities moved to dismiss the adversary proceeding. That same day, FDIC-R1 moved to withdraw the reference under 28 U.S.C. § 157(d). FDIC-C and FDIC-R2 filed joinders to FDIC-R1's motion. On December 13, 2023, Judge Cronan granted the motion to withdraw the reference. SDNY Action, Dkt. No. 34. After filing the case in this Court on December 19, 2023, SVBFG requested Judge Cronan to stay the SDNY Action while it pursues its claims against FDIC-C in this case. SDNY Action, Dkt. No. 41. The motions to dismiss and stay request remain pending in the SDNY Action.

The SDNY Action involves the same subject matter as this case, and SVBFG has alleged three virtually identical claims against FDIC-C in both actions, including (1) a turnover claim pursuant to 11 U.S.C. § 542; (2) an automatic-stay claim pursuant to 11 U.S.C. § 362; and (3) a declaratory judgment claim pursuant to 28 U.S.C. § 2201 *et seq*. Notwithstanding this overlap of subject matter and parties, FDIC-C does not believe that transfer can or should be effected pursuant to 28 U.S.C. § 1407. As FDIC-C explained in its motion to dismiss in the SDNY Action and in its recent partial motion to dismiss in this case, Dkt. No. 25, neither court has jurisdiction to hear any of SVBFG's claims against FDIC-C in either action, with the exception of SVBFG's claim in this case under 12 U.S.C. § 1821(f), which under 12 U.S.C. § 1821(f)(4) can proceed only in this Court.

---

[1] A copy of the operative complaint in the SDNY Action is attached hereto as Exhibit 1.

| | | |
|---|---|---|
| 1 | Dated: March 7, 2024 | Respectfully submitted, |
| 2 | **OF COUNSEL:** | /s/ *Jonathan G. Cooper* (*pro hac vice*) |

Andrew J. Dober (CA Bar No. 229657)
Senior Counsel
adober@fdic.gov
Telephone: (703) 562-2545
Erik Bond, Counsel
erbond@fdic.gov
Telephone: (703) 562-6461
Jason Benton, Senior Attorney
jabenton@fdic.gov
Telephone: (703) 501-6256

Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive
Arlington, VA 22226

Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*