1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  Adam S. Paris (SBN 190693)
   (parisa@sullcrom.com)
3  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
4  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East
5  Los Angeles, California 90067
   Telephone:    (310) 712-6600
6  Facsimile:    (310) 712-8800
   *Attorneys for Plaintiff SVB Financial Group*
7  [*Additional Counsel Listed on Signature Page*]

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SVB FINANCIAL GROUP,                    )    Case No.: 5:23-cv-06543-BLF
                                            )
12                      Plaintiff,          )    **PLAINTIFF SVB FINANCIAL GROUP'S**
                                            )    **ADMINISTRATIVE MOTION**
13         v.                               )    **TO CONSIDER WHETHER CASES**
                                            )    **SHOULD BE RELATED**
14  FEDERAL DEPOSIT INSURANCE               )
    CORPORATION, in its corporate           )
15  capacity,                               )
                                            )
16                      Defendant.          )
                                            )
17                                          )

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiff SVB Financial Group ("SVBFG") submits this Administrative Motion to Consider Whether Cases Should Be Related as to *SVB Financial Group* v. *Federal Deposit Insurance Corporation, in its corporate capacity*, No. 5:23-cv-06543-BLF (the "FDIC-C Action") and *SVB Financial Group* v. *Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, No. 5:24-cv-01321 (the "FDIC-R Action"). SVBFG requests that the Court issue an administrative order designating the FDIC-R Action related to the FDIC-C Action pursuant to Civil Local Rule 3-12(f) and that the FDIC-R Action be assigned to this Court.

## I.   APPLICABLE STANDARD FOR RELATEDNESS

Pursuant to Civil Local Rule 3-12(a), actions are related when:

> (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Whenever a party knows or learns that an action filed in or removed to this district may be related to an action which is or was pending in this district, that party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related. Civ. L.R. 3-12(b). That motion must include the title and case number of each apparently related case, and a brief statement of the relationship of the actions. Civ. L.R. 3-12(d).

## II.   STATEMENT OF RELATIONSHIP

The FDIC-R Action is related to the FDIC-C Action before this Court because it meets the definition of related cases provided by Civil Local Rule 3-12(a). The FDIC-R Action and the FDIC-C Action "concern substantially the same parties, property, transaction, or event" because both the FDIC-R Action and the FDIC-C Action involve claims regarding SVBFG's deposits at Silicon Valley Bank. Additionally, the principal relief sought in both cases is the payment of SVBFG's deposits from the FDIC in its different capacities. Accordingly, it would be inefficient, unduly burdensome, and duplicative for the FDIC-R Action to proceed before a different judge in this District.

| | |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted,<br><br>*/s/ Robert A. Sacks*<br>Robert A. Sacks<br>Adam S. Paris<br>Diane L. McGimsey<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone:   (310) 712-6600<br>Facsimile:    (310) 712-8800<br><br>Sverker K. Hogberg<br>**SULLIVAN & CROMWELL LLP**<br>550 Hamilton Avenue<br>Palo Alto, California 94301<br>Telephone:   (650) 461-5600<br>Facsimile:    (650) 461-5700<br><br>*Attorneys for Plaintiff SVB Financial Group* |

-2-

PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 5:23-CV-06543-BLF