| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | (sacksr@sullcrom.com) |
| 2 | Adam S. Paris (SBN 190693) |
|   | (parisa@sullcrom.com) |
| 3 | Diane L. McGimsey (SBN 234953) |
|   | (mcgimseyd@sullcrom.com) |
| 4 | **SULLIVAN & CROMWELL LLP** |
|   | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California  90067 |
|   | Telephone:     (310) 712-6600 |
| 6 | Facsimile:      (310) 712-8800 |
|   | *Attorneys for Plaintiff SVB Financial Group* |
| 7 | [*Additional Counsel Listed on Signature Page*] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No. 5:23-cv-06543-BLF |
| Plaintiff, | **JOINT STIPULATION AS TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, | The Hon. Beth L. Freeman |
| Defendant. | |

WHEREAS, on December 19, 2023, Plaintiff SVB Financial Group ("SVBFG") filed a complaint against Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C") (Dkt. No. 1) in Case No. 5:23-cv-06543-BLF (the "FDIC-C Action");

WHEREAS, on March 5, 2024, SVBFG filed a complaint against Defendants Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1") and Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank, N.A. ("FDIC-R2") (Dkt. No. 1) in Case No. 5:24-cv-01321 (the "FDIC-R Action");

WHEREAS, under Civil L.R. 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges";

WHEREAS, under Civil L.R. 3-12(b), "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11";

WHEREAS, under Civil L.R. 7-11(a), a motion for administrative relief "must be accompanied by a proposed order and by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained";

WHEREAS, SVBFG, FDIC-C, FDIC-R1, and FDIC-R2 agree that the FDIC-C Action and the FDIC-R Action meet the definition of relatedness under Civil L.R. 3-12(a) and should be reassigned to this Court, without conceding to the narrative and allegations contained in the administrative motion filed by SVBFG;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, and subject to the Court's approval, that:

1. The FDIC-C Action and the FDIC-R Action are related cases.

2. Pursuant to Civil L.R. 3-12(f)(3), the FDIC-R Action should be reassigned to this Court.

IT IS SO STIPULATED.

Dated: March 14, 2024

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Adam S. Paris (SBN 190693)
Diane L. McGimsey (SBN 234953)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Sverker K. Hogberg (SBN 244640)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

/s/ Benjamin I. Finestone
Emily Kapur (Bar No. 306724)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity*

/s/ Casey D. Laffey
Raymond A. Cardozo, Esq. (Bar No. 173263)
Emily F. Lynch, Esq. (Bar No. 324055)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
E-mail: rcardozo@reedsmith.com
E-mail: elynch@reedsmith.com

Kurt F. Gwynne, Esq. (*pro hac vice forthcoming*)
Casey D. Laffey, Esq. (*pro hac vice forthcoming*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
E-mail: kgwynne@reedsmith.com
E-mail: claffey@reedsmith.com

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.*

-3-

**Attestation Pursuant to Civil L.R. 5-1(i)(3)**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: March 14, 2024

                                                  */s/ Robert A. Sacks*
                                                   Robert A. Sacks