Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800
*Attorneys for Plaintiff SVB Financial Group*
[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                               Plaintiff,<br><br>             v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                               Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Hon. Beth L. Freeman |

On March 14, 2024, Plaintiff SVB Financial Group ("SVBFG") filed an Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") as to *SVB Financial Group* v. *Federal Deposit Insurance Corporation, in its corporate capacity*, No. 5:23-cv-06543-BLF (the "FDIC-C Action") and *SVB Financial Group* v. *Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, No. 5:24-cv-01321 (the "FDIC-R Action").

The Court finds that the FDIC-R Action is a related case to the above-captioned action under Local Rule 3-12(a) and hereby orders that the FDIC-R Action is assigned to the Hon. Beth L. Freeman as the presiding judge in the lowest-numbered case.

Dated: _____      _____

                                                          HON. BETH L. FREEMAN
                                                          UNITED STATES DISTRICT JUDGE