Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, <br><br> Defendant. | Case No. 5:23-cv-06543-BLF <br><br> **CERTIFICATE OF SERVICE OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> The Honorable Beth L. Freeman |

SULLIVAN & CROMWELL LLP

CERTIFICATE OF SERVICE OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06543-BLF

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067-1725.

On March 14, 2024, I caused to be served the foregoing documents described as:

1. **PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **JOINT STIPULATION AS TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND**

3. **[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A. by placing copies of these documents in an envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]     **BY CERTIFIED U.S. MAIL (Return Receipt Requested):** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]     **E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a true and correct copy of the aforementioned document to be transmitted to each of the e-mail addresses last given and listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2024, at Los Angeles, California.

_____
Diana Hernandez

-1-

SULLIVAN & CROMWELL LLP

CERTIFICATE OF SERVICE OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06543-BLF

**SERVICE LIST**

*SVB Financial Group* v. *Federal Deposit Insurance Corporation, in its corporate capacity.*

United States District Court for the Northern District of California

Case No. 5:23-cv-06543-BLF

Service of Plaintiff SVB Financial Group's Administrative Motion to Consider Whether Cases Should Be Related

| Name | Address | Method of Service |
|---|---|---|
| Debra Decker, Executive Secretary (FDIC) | Debra Decker<br>Executive Secretary<br>Federal Deposit Insurance Corporation<br>550 17th Street, N.W.<br>Washington, D.C. 20429 | Certified Mail |
| Federal Deposit Insurance Corporation | CT Corporation System<br>330 N Brand Blvd., Ste. 700<br>Glendale, California 91203-2336 | Certified Mail |
| Paul P. Worthing, Regional Director, Division of Risk Management Supervision (FDIC) | Paul P. Worthing<br>FDIC Regional Director<br>Division of Risk Management Supervision<br>25 Jessie Street at Ecker Square<br>Suite 2300<br>San Francisco, CA 94105-2780 | Certified Mail |
| Civil Process Clerk (United States Attorney's Office) | Civil Process Clerk<br>United States Attorney's Office for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Certified Mail |
| Merrick Garland, Attorney General of the United States (Department of Justice) | Merrick Garland<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | Certified Mail |
| Federal Deposit Insurance Corporation | CourtesyCopy@FDIC.gov | E-Mail |
| Andrew J. Dober (FDIC) | adober@FDIC.gov | E-Mail |
| Erik Bond (FDIC) | erbond@FDIC.gov | E-Mail |
| Jason Benton (FDIC) | jabenton@FDIC.gov | E-Mail |
| Raymond A. Cardozo (Reed Smith LLP) | RCardozo@ReedSmith.com | E-Mail |
| Emily F. Lynch (Reed Smith LLP) | ELynch@ReedSmith.com | E-Mail |

-2-

SULLIVAN & CROMWELL LLP

CERTIFICATE OF SERVICE OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06543-BLF

| Name | Address | Method of Service |
|---|---|---|
| Kurt F. Gwynne (Reed Smith LLP) | KGwynne@ReedSmith.com | E-Mail |
| Casey D. Laffrey (Reed Smith LLP) | CLaffey@ReedSmith.com | E-Mail |

-3-

SULLIVAN & CROMWELL LLP

CERTIFICATE OF SERVICE OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:23-cv-06543-BLF