Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>         Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>         Defendant. | Case No.: 5:23-cv-06543-BLF<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S STATEMENT IN RESPONSE TO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13(c)**<br><br>Judge: Hon. Beth Labson Freeman |

Plaintiff SVB Financial Group ("SVBFG") submits this statement pursuant to Civil Local Rule 3-13(c) in response to the Notice of Pendency of Other Action or Proceeding (ECF No. 28) (the "Notice") filed by Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C") on March 7, 2024.

SVBFG agrees with the FDIC-C that *SVB Fin. Grp.* v. *FDIC*, No. 1:23-cv-07218-JPC (S.D.N.Y.) (the "SDNY Action") involves all or a material part of the same subject matter and all or substantially all of the same parties as this action. (Notice, at 1.) SVBFG also agrees that the Court need take no action with respect to the SDNY Action (*id.*), because the SDNY Action should be stayed pending a determination of whether SVBFG was required to file an administrative claim under 12 U.S.C. § 1821(f) to recover from the FDIC-C.[1] Accordingly, SVBFG has asked the Southern District of New York to stay the SDNY Action for 180 days, pending further development in this action.

The FDIC-C's further contention that "neither court has jurisdiction to hear any of SVBFG's claims against FDIC-C" except under 12 U.S.C. § 1821(f) (*id.*), however, is incorrect. As will be briefed in SVBFG's forthcoming opposition to the FDIC-C's motion to dismiss (ECF No. 25), *none* of SVBFG's causes of action that the FDIC-C has moved to dismiss are brought to recover insured deposits under Section 1821(f), as the FDIC-C falsely contends, and SVBFG's claims are in no way limited by Section 1821(f). (*See*, *e.g.*, Complaint (ECF No. 1) ¶ 10 ("SVBFG has made clear that its June 26, 2023 payment demand was not a claim for insured deposits under 12 U.S.C. § 1821(f) and instead was a demand for access to or payment of its

---

[1] SVBFG has also filed a complaint against the Federal Deposit Insurance Corporation, in its capacity as receiver for Silicon Valley Bank ("FDIC-R1") and as receiver for Silicon Valley Bridge Bank, N.A. ("FDIC-R2"), captioned, *SVB Financial Group* v. *Federal Deposit Insurance Corporation, in its capacity as receiver for Silicon Valley Bank, et al.*, No. 5:24-cv-01321-VKD (N.D. Cal.) (the "FDIC-R Action"). On March 14, 2024, SVBFG filed an Administrative Motion to Consider Whether Cases Should be Related (ECF No. 29), asking the Court to assign the FDIC-R Action to itself as a related case.

-1-

uninsured Account Funds pursuant to the Treasury Secretary's invocation of the systemic risk exception."); *see also id*. ¶¶ 105-47, 162-75 (bringing six causes of action with respect to SVBFG's uninsured deposits guaranteed by the Treasury Secretary pursuant to 12 U.S.C. § 1823(c)(4)(G)(i)).) Accordingly, while SVBFG is not presently seeking a transfer of this action pursuant to 28 U.S.C. § 1407, if it is determined that SVBFG was not required to file an administrative claim under Section 1821(f) for the return of its deposits, SVBFG will be able to pursue some or all of its claims in the SDNY Action.[2]

Dated:     March 20, 2024                    Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

---

[2] If the Court rules in SVBFG's favor with respect to its claim that it was not required to file an administrative claim pursuant to Section 1821(f), SVBFG will make a determination whether to dismiss this case in favor of the SDNY Action or seek to transfer this action to the Southern District of New York to be coordinated or consolidated with the SDNY Action.