# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 23-cv-06543-BLF<br><br>**ORDER STAYING BRIEFING ON COUNT VI UNTIL AFTER THE COURT RULES ON THE MOTION TO DISMISS** |

As stated at the initial case management conference, any briefing on a motion for summary judgment as to Count VI, Review of Final Agency Action Under 5 U.S.C. § 706, is hereby STAYED until after the Court rules on the pending motion to dismiss (ECF No. 25).

**IT IS SO ORDERED.**

Dated: March 21, 2024

_____
BETH LABSON FREEMAN
United States District Judge