| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | (sacksr@sullcrom.com) |
| 2 | Adam S. Paris (SBN 190693) |
|   | (parisa@sullcrom.com) |
| 3 | Diane L. McGimsey (SBN 234953) |
|   | (mcgimseyd@sullcrom.com) |
| 4 | **SULLIVAN & CROMWELL LLP** |
|   | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California  90067 |
|   | Telephone:     (310) 712-6600 |
| 6 | Facsimile:      (310) 712-8800 |
|   | *Attorneys for Plaintiff SVB Financial Group* |
| 7 | [*Additional Counsel Listed on Signature Page*] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No. 5:23-cv-06543-BLF |
| Plaintiff, | **[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, | The Hon. Beth L. Freeman |
| Defendant. | |

On March 14, 2024, Plaintiff SVB Financial Group ("SVBFG") filed an Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") as to *SVB Financial Group* v. *Federal Deposit Insurance Corporation, in its corporate capacity*, No. 5:23-cv-06543-BLF (the "FDIC-C Action") and *SVB Financial Group* v. *Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, No. 5:24-cv-01321 (the "FDIC-R Action").

The Court finds that the FDIC-R Action is a related case to the above-captioned action under Local Rule 3-12(a) and hereby orders that the FDIC-R Action is assigned to the Hon. Beth L. Freeman as the presiding judge in the lowest-numbered case.

Dated: March 21, 2024

HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE