# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD**<br><br>Judge: Hon. Beth Labson Freeman |

I, James P. Sheesley, Assistant Executive Secretary of the Federal Deposit Insurance Corporation ("FDIC"), hereby certify that the documents listed below constitute the Administrative Record underlying FDIC-Corporate's October 20, 2023 final determination under 12 U.S.C. § 1821(f).

Dated: March 29, 2024

_____
James P. Sheesley
Assistant Executive Secretary, FDIC