## *SVB Fin. Grp. v. FDIC-C*
## No. 5:23-cv-06543-BLF (N.D. Cal.)
## Index of the Administrative Record

| Date | Description | Bates Range |
|---|---|---|
| March 10, 2023 | Memorandum to the Board of Directors Re: Silicon Valley Bank, Santa Clara, CA, Failing Bank Case | AR-00000001-047 |
| March 10, 2023 | Certified Copy of Resolution of the Board of Directors No. 088723 ("First Failing Bank Resolution") | AR-00000048-072 |
| March 10, 2023 | Press Release, *FDIC Creates a Deposit Insurance National Bank of Santa Clara to Protect Insured Depositors of Silicon Valley Bank, Santa Clara, California* (Mar. 10, 2023), https://www.fdic.gov/news/press-releases/2023/pr23016.html# | AR-00000073-074 |
| March 10, 2023 | Account Ownership Summary Statement for SVB Financial Group | AR-00000075 |
| March 12, 2023 | Memorandum to the Board of Directors Re: Systemic Risk Exception Recommendation | AR-00000076-087 |
| March 12, 2023 | Certified Copy of Resolution of the Board of Directors No. 088726 ("SRE Resolution") | AR-00000088-091 |
| March 12, 2023 | Memorandum to the Board of Directors Re: Silicon Valley Bank, Santa Clara, CA, Bridge Bank Case | AR-00000092-099 |
| March 12, 2023 | Transcript – Special Closed Meeting of the Board of Directors | AR-00000100-118 |
| March 12, 2023 | Minutes of the March 12, 2023 Special Meeting of the Board of Directors | AR-00000119-161 |
| March 12, 2023 | Transmission from the FDIC to the Secretary of Treasury Re: Systemic Risk Determination Memorandums | AR-00000162-180 |
| March 12, 2023 | Press Release, *Joint Statement by the Department of the Treasury, Federal Reserve, and FDIC* (Mar. 12, 2023), https://www.fdic.gov/news/press-releases/2023/pr23017.html# | AR-00000181-182 |
| March 13, 2023 | Certified Copy of Resolution of the Board of Directors No. 088727 ("Second Failing Bank Resolution") | AR-00000183-186 |
| March 13, 2023 | Transfer Agreement Between Federal Deposit Insurance Corporation, Receiver of Silicon Valley Bank, and Silicon Valley Bridge Bank, N.A. (Mar. 13, 2023), https://www.fdic.gov/resources/resolutions/bank-failures/failed-bank-list/silicon-valley-transfer-agreement.pdf | AR-00000187-261 |
| March 13, 2023 | Press Release, *FDIC Acts to Protect All Depositors of the Former Silicon Valley Bank, Santa Clara, California* (Mar. 13, 2023), https://www.fdic.gov/news/press-releases/2023/pr23019.html# | AR-00000262-263 |

| Date | Description | Bates Range |
|---|---|---|
| March 15, 2023 | Email from L. Mayorga Re: Hold on SVBFG's Account | AR-00000264-266 |
| March 17, 2023 | Voluntary Petition for Non-Individuals Filing for Bankruptcy, *In re SVB Fin. Grp.*, No. 1:23-bk-10367 (Bankr. S.D.N.Y.) (Dkt. 1) | AR-00000267-278 |
| March 26, 2023 | Memorandum to the Board of Directors Re: Dissolution of Silicon Valley Bridge Bank, National Association and Sale of Assets and Liabilities | AR-00000279-313 |
| March 26, 2023 | Certified Copy of Resolution of the Board of Directors No. 088742 | AR-00000314-327 |
| March 26, 2023 | Press Release, *First-Citizens Bank & Trust Company, Raleigh, NC, to Assume All Deposits and Loans of Silicon Valley Bridge Bank, N.A., From the FDIC* (Mar. 26, 2023), https://www.fdic.gov/news/press-releases/2023/pr23023.html# | AR-00000328-329 |
| March 27, 2023 | Purchase and Assumption Agreement Between Federal Deposit Insurance Corporation, Receiver of Silicon Valley Bridge Bank, N.A., and First-Citizens Bank & Trust Company (Mar. 27, 2023), https://www.fdic.gov/resources/resolutions/bank-failures/failed-bank-list/silicon-valley-p-and-a.pdf | AR-00000330-410 |
| March 28, 2023 | Statement of Chairman Martin J. Gruenberg on "Recent Bank Failures and the Federal Regulatory Response" before the Committee on Banking, Housing, and Urban Affairs, United States Senate | AR-00000411-433 |
| March 29, 2023 | Statement of Chairman Martin J. Gruenberg on "The Federal Regulators' Response to Recent Bank Failures" before the Committee on Financial Services, United States House of Representatives | AR-00000434-456 |
| April 7, 2023 | Notice to Discovered Claimant to Present Proof of Claim from FDIC-R1 to SVB Financial Group | AR-00000457-460 |
| May 2, 2023 | Notice to Discovered Claimant to Present Proof of Claim from FDIC-R2 to SVB Financial Group | AR-00000461-464 |
| May 11, 2023 | Notice to Depositors of Silicon Valley Bridge Bank, N.A. | AR-00000465-467 |
| May 16, 2023 | Statement of Chairman Martin J. Gruenberg on "Oversight of Prudential Regulators" before the Committee on Financial Services, United States House of Representatives | AR-00000468-498 |
| May 18, 2023 | Statement of Chairman Martin J. Gruenberg on "Oversight of Financial Regulators: Financial Stability, Supervision, and Consumer Protection in the Wake of Recent Bank Failures" before the Committee on Banking, Housing, and Urban Affairs, United States Senate | AR-00000499-529 |
| June 26, 2023 | Letter from R. Sacks to FDIC-C Re: SVB Financial Group | AR-00000530-531 |

| Date | Description | Bates Range |
|---|---|---|
| July 9, 2023 | Complaint, *SVB Fin. Grp. v. FDIC*, No. 1:23-ap-1137 (Bankr. S.D.N.Y.) (Dkt. 1) | AR-00000532-565 |
| July 10, 2023 | Proof of Claim (Deposit Claim) of Debtor SVB Financial Group Against Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank | AR-00000566-580 |
| July 10, 2023 | Proof of Claim (Deposit Claim) of Debtor SVB Financial Group against Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bridge Bank, N.A. | AR-00000581-595 |
| August 15, 2023 | Declaration of Robert A. Sacks, *SVB Fin. Grp. v. FDIC*, No. 1:23-ap-1137 (Bankr. S.D.N.Y. Aug. 15, 2023), Dkt. 42 | AR-00000596-600 |
| August 18, 2023 | Joint Statement, *SVB Fin. Grp. v. FDIC*, No. 1:23-ap-1137 (Bankr. S.D.N.Y. Aug. 18, 2023), Dkt. 45 | AR-00000601-604 |
| September 19, 2023 | Letter from FDIC-C to R. Sacks Re: SVB Financial Group | AR-00000605-606 |
| October 20, 2023 | *Failed Bank Information for Silicon Valley Bank, Santa Clara, CA*, (last accessed Oct. 20, 2023), https://www.fdic.gov/resources/resolutions/bank-failures/failed-bank-list/silicon-valley.html | AR-00000607-612 |
| October 20, 2023 | Letter from FDIC-C to R. Sacks Re: SVB Financial Group Final Deposit Insurance Determination | AR-00000613-624 |