UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**DECLARATION OF JONATHAN G. COOPER IN SUPPORT OF MOTION TO STAY DISCOVERY** |

I, Jonathan G. Cooper, declare as follows:

1. I am over the age of eighteen, of sound mind, and under no legal disability. I have personal knowledge of the facts stated in this declaration and, if called to testify, could and would testify to the same.

2. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, and represent the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C") in connection with this case. I am a member in good standing of the Bar of the District of Columbia, and have been admitted *pro hac vice* in this matter. Dkt. 15.

3. On March 19, 2024, Plaintiff SVB Financial Group ("SVBFG") served initial discovery requests on counsel for FDIC-C.

4. Attached hereto as Exhibit 1 is a true and correct copy of SVBFG's Initial Set of Requests for Production of Documents Relating to Jurisdictional Discovery.

5. Attached hereto as Exhibit 2 is a true and correct copy of SVBFG's Initial Set of Interrogatories Relating to Jurisdictional Discovery.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, DC
on April 2, 2024

*/s/ Jonathan G. Cooper* (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)