# EXHIBIT 1

Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800
*Attorneys for Plaintiff SVB Financial Group*
[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                                  Plaintiff,<br><br>              v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                                  Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS RELATING TO JURISDICTIONAL DISCOVERY**<br><br>The Honorable Beth L. Freeman |

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

SULLIVAN &
CROMWELL LLP

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and in connection with certain jurisdictional arguments raised in the *Partial Motion to Dismiss* (ECF No. 25) filed by Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), Plaintiff SVB Financial Group ("SVBFG") hereby requests that FDIC-C produce the Documents described below for inspection and copying within the time prescribed by the Federal Rules of Civil Procedure and in accordance with the Definitions and Instructions below.

## DEFINITIONS

The definitions and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure and Rule 34-1 of the Local Civil Rules for the Northern District of California are hereby incorporated and apply to these Requests for Production of Documents. The following additional Definitions apply with respect to each of these Requests, and each of the terms defined below, when used in any Request, Instruction, or Definition, shall have the meaning given herein:

1. "$250,000 Limit" means the $250,000 standard maximum deposit insurance amount pursuant to 12 U.S.C. § 1821(a)(1)(E), as adjusted under 12 U.S.C. § 1821(a)(1)(F).

2. "Closure Date" means March 10, 2023, the date on which the California Department of Financial Protection and Innovation closed Silicon Valley Bank and appointed the Federal Deposit Insurance Corporation as receiver of Silicon Valley Bank.

3. "Complaint" means the Complaint filed by SVBFG against FDIC-C on December 19, 2023, and docketed at ECF No. 1.

4. "Communication" means the transmittal of facts, ideas, thoughts, opinions, data, inquiries, or otherwise and includes correspondence, memoranda, reports, presentations, face-to-face conversations, telephone conversations, text messages, instant messages, voice messages, negotiations, agreements, inquiries, understandings, meetings, letters, notes, telegrams, mail, email, and postings of any type.

5. "Concern" or "concerning" means constituting, pertaining to, making reference to, comprising, evidencing, alluding to, responding to, connected with, commenting on, with respect to, about, regarding, resulting from, embodying, explaining, supporting, contradicting, discussing, showing,

-1-

Sullivan & Cromwell LLP

Plaintiff SVB Financial Group's Initial Set of Requests For Production of Documents Relating to Jurisdictional Discovery
Case No. 5:23-cv-06543-BLF

describing, reflecting, analyzing, setting forth, in respect of, having a relationship to, or in any way being factually, legally or logically connected to, in whole or in part, the stated subject matter.

6. "Document" means the original (or, if the information requested cannot be provided as to the original, each and every copy, duplicate or reproduction) of any medium upon which information can be recorded or retrieved, and includes any written, recorded or graphic matter, in any language, whether produced or reproduced or stored on paper, cards, tape, film, computer, electronic storage devices, or any other media and includes papers, trade letters, envelopes, telegrams, cables, messages, correspondence, memoranda, notes, email, text messages, instant messages, reports, studies, press releases, comparisons, books, accounts, checks, audio and video recordings, pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires, surveys, charts, newspapers, calendars, lists, logs, publications, notices, diagrams, instructions, diaries, meeting minutes, orders, resolutions, agendas, and memorials or notes of oral Communications, together with all notations on any of the foregoing, all originals, file copies, or other unique copies of the foregoing and all versions of drafts thereof, whether used or not. A Request for all Documents concerning a particular subject matter includes within its scope all Communications concerning that subject matter.

7. "FDIC-C" means the Federal Deposition Insurance Corporation, in its corporate capacity.

8. "Including" or "includes" means including without limitation or includes without limitation.

9. "SVBFG" means SVB Financial Group.

10. "Treasury Department" means the United States Department of the Treasury, as well as any persons acting on its behalf or at its direction.

11. "You" or "Your" means FDIC-C, as well as any persons acting on its behalf or at its direction.

**INSTRUCTIONS**

1. Each Request for Production shall be answered completely, separately, and fully.

-2-

S<span style="font-variant:small-caps">ULLIVAN</span> &
C<span style="font-variant:small-caps">ROMWELL</span> LLP

P<span style="font-variant:small-caps">LAINTIFF</span> SVB F<span style="font-variant:small-caps">INANCIAL</span> G<span style="font-variant:small-caps">ROUP'S</span> I<span style="font-variant:small-caps">NITIAL</span> S<span style="font-variant:small-caps">ET OF</span> R<span style="font-variant:small-caps">EQUESTS</span> F<span style="font-variant:small-caps">OR</span> P<span style="font-variant:small-caps">RODUCTION OF</span> D<span style="font-variant:small-caps">OCUMENTS</span>
R<span style="font-variant:small-caps">ELATING TO</span> J<span style="font-variant:small-caps">URISDICTIONAL</span> D<span style="font-variant:small-caps">ISCOVERY</span>
C<span style="font-variant:small-caps">ASE</span> N<span style="font-variant:small-caps">O.</span> 5:23-<span style="font-variant:small-caps">CV</span>-06543-BLF

2. Unless instructed otherwise, the time period covered by these Requests is the period from March 10, 2023, to the present, including any Documents, Communications, or materials that were created, referred to, or used in that period.

3. These Requests for Production of Documents and Communications apply to all Documents and Communications in Your possession, custody, or control, regardless of their location and regardless of whether such Documents and Communications are held by You or any of Your employees, agents, representatives, attorneys, consultants, advisors including financial advisors, persons, or entities acting on Your behalf. In responding to these Requests, You are to review and search all relevant files of appropriate entities and persons.

4. If any portion of any Document or Communication is responsive to any of these Requests, the entire Document or Communication shall be produced, including all attachments, appendices, and exhibits thereto. Documents or Communications that in their original condition were stapled, clipped, or otherwise fastened together, or were placed in a file together, shall be produced in such form.

5. Unless instructed otherwise, each Request shall be construed independently and not by reference to any other Request for the purpose of limitation or exclusion.

6. Documents and Communications produced from the records of individuals should be identified (either by document production number or otherwise) as coming from the records of such particular individuals.

7. Each Document Request shall be deemed to include Requests for any and all transmittal sheets, cover letters, enclosures, or any other annexes or attachments to the Documents and/or Communications.

8. To the extent the Documents and Communications are maintained or are otherwise available electronically, please produce them in that form, including all metadata.

9. For Documents or Communications created by Excel or other spreadsheet programs, PowerPoint or other special presentation programs, database files, or any other file types that reasonably require viewing in their native format for a full understanding of their content and meaning, produce the files in native and tiff formats. Name the produced native file with the Bates number on the

-3-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

first page of the corresponding tiff production of the file/document. Group native files within incrementally named "NATIVE" directories, separate from images directories.

10. All Documents and Communications produced should be Bates numbered sequentially, with a unique number on each page, and with a prefix identifying the party producing the Document or Communication.

11. If any Documents or Communications are withheld from production on the alleged grounds of privilege or immunity (whether under any common law, statute, or otherwise), You shall identify each such Document or Communication on the due date of production by stating: (a) The identity of each person who prepared and/or signed the Document or Communication; (b) The identity of each person designated as an addressee; (c) The identity of each person who received any copy of the Document or Communication; (d) The date of the Document or Communication; (e) The subject matter of the Document or Communication; (f) The type of Document or Communication; and (g) The basis for withholding the Document or Communication. Notwithstanding the assertion of any privilege or other protection, any requested Document or Communication that contains responsive, non-privileged, or protected information should be produced, but that portion of the Document or Communication for which privilege or other protection is asserted may be redacted, provided that the redacted portion is identified and described consistently according to the requirements listed herein.

12. These Requests are continuing in nature and require further and supplemental production if additional Documents or Communications are acquired or located following the time of initial production, to the fullest extent required by the Federal Rules of Civil Procedure and/or Local Civil Rules for the Northern District of California.

13. If, in responding to these Requests, You claim any ambiguity in a Request for production of Documents or Communications, or in a definition or instruction applicable thereto, such claim shall not be utilized as a basis for refusing to respond, but You shall set forth as part of Your response the language deemed to be ambiguous and the interpretation used to respond to the Request. To the extent You believe that any Request is ambiguous, we request that You contact SVBFG's counsel to resolve the ambiguity.

-4-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

14. If You have no Documents responsive to a Request, You must say so in Your response.

15. To bring within the scope of these Requests all information that might otherwise be construed to be outside of their scope, (a) the present tense shall be construed to include the past tense and vice versa, (b) the singular includes the plural and vice versa, and (c) the terms "and" and "or" are both conjunctive and disjunctive.

16. These Requests shall not be construed as a waiver or abridgment of, and are not intended to waive, any argument or defense, or any objection to any of Your discovery requests, nor shall they be construed as an admission of any fact.

17. These Requests do not prejudice SVBFG from seeking additional requests for production of Documents or Communications.

**REQUESTS FOR PRODUCTION**

1. All Documents concerning the existence, scope, and/or procedures applicable to any process administered by You under 12 U.S.C. § 1821(f) through which former depositors of Silicon Valley Bank were required to make a claim to receive payment of all or any portion of their deposits at Silicon Valley Bank in excess of the $250,000 Limit as of the Closure Date.

2. All Documents provided to any former depositor of Silicon Valley Bank by You containing or reflecting instructions concerning submitting a claim through any process administered by You under 12 U.S.C. § 1821(f) to receive payment of all or any portion of their deposits at Silicon Valley Bank in excess of the $250,000 Limit as of the Closure Date.

3. All Documents concerning any former depositor of Silicon Valley Bank that has not been paid or provided with access to all or any portion of the depositor's deposits at Silicon Valley Bank in excess of the $250,000 Limit as of the Closure Date.

4. All Communications between You and the Treasury Department concerning the payment to former depositors of Silicon Valley Bank of all or any portion of their deposits at Silicon Valley Bank in excess of the $250,000 Limit as of the Closure Date.

-5-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

5. All Documents created by You or provided to You by the Treasury Department concerning the payment to former depositors of Silicon Valley Bank of all or any portion of their deposits at Silicon Valley Bank in excess of the $250,000 Limit as of the Closure Date.

6. All Documents quoted, cited, identified, or otherwise referenced in, or relied upon in responding to, Plaintiff SVBFG's Initial Set of Interrogatories Relating to Jurisdictional Discovery, dated March 19, 2024.

Dated: March 19, 2024

/s/ Robert A. Sacks

Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:  (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

-6-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I caused a true and correct copy of the foregoing **PLAINTIFF'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS RELATING TO JURISDICTIONAL DISCOVERY** to be served on the following counsel of record via electronic mail and via U.S. Mail:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Eric C. Lyttle
Jonathan G. Cooper
Kyra R. Simon
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com
Email: kyrasimon@quinnemanuel.com

Emily Kapur
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

                                                      */s/ Robert A. Sacks*
                                                      Robert A. Sacks

-7-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF