# EXHIBIT 2

Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800
*Attorneys for Plaintiff SVB Financial Group*
[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                    Plaintiff,<br><br>       v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                    Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF INTERROGATORIES RELATING TO JURISDICTIONAL DISCOVERY**<br><br>The Honorable Beth L. Freeman |

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF INTERROGATORIES
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

SULLIVAN &
CROMWELL LLP

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and in connection with certain jurisdictional arguments raised in the *Partial Motion to Dismiss* (ECF No. 25) filed by Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), Plaintiff SVB Financial Group ("SVBFG") hereby serves its First Set of Interrogatories Relating to Jurisdictional Discovery (the "Interrogatories") to FDIC-C. The Interrogatories are to be answered separately and fully in writing in accordance with the Definitions and Instructions set forth below, within the time prescribed by the Federal Rules of Civil Procedure.

## **DEFINITIONS**

The definitions and rules of construction set forth in Rule 33 of the Federal Rules of Civil Procedure and Rule 33-1 of the Local Civil Rules for the Northern District of California are hereby incorporated and apply to these Interrogatories. The following additional Definitions apply with respect to each of these Interrogatories, and each of the terms defined below, when used in any Interrogatory, Instruction, or Definition, shall have the meaning given herein:

1. "$250,000 Limit" means the $250,000 standard maximum deposit insurance amount pursuant to 12 U.S.C. § 1821(a)(1)(E), as adjusted under 12 U.S.C. § 1821(a)(1)(F).

2. "Closure Date" means March 10, 2023, the date on which the California Department of Financial Protection and Innovation closed Silicon Valley Bank and appointed the Federal Deposit Insurance Corporation as receiver of Silicon Valley Bank.

3. "Communication" means the transmittal of facts, ideas, thoughts, opinions, data, inquiries, or otherwise and includes correspondence, memoranda, reports, presentations, face-to-face conversations, telephone conversations, text messages, instant messages, voice messages, negotiations, agreements, inquiries, understandings, meetings, letters, notes, telegrams, mail, email, and postings of any type.

4. "Concern" or "concerning" means constituting, pertaining to, making reference to, comprising, evidencing, alluding to, responding to, connected with, commenting on, with respect to, about, regarding, resulting from, embodying, explaining, supporting, contradicting, discussing, showing, describing, reflecting, analyzing, setting forth, in respect of, having a relationship to, or in any way being factually, legally or logically connected to, in whole or in part, the stated subject matter.

-1-

SULLIVAN &
CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF INTERROGATORIES
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

5. "Document" means the original (or, if the information requested cannot be provided as to the original, each and every copy, duplicate or reproduction) of any medium upon which information can be recorded or retrieved, and includes any written, recorded or graphic matter, in any language, whether produced or reproduced or stored on paper, cards, tape, film, computer, electronic storage devices, or any other media and includes papers, trade letters, envelopes, telegrams, cables, messages, correspondence, memoranda, notes, email, text messages, instant messages, reports, studies, press releases, comparisons, books, accounts, checks, audio and video recordings, pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires, surveys, charts, newspapers, calendars, lists, logs, publications, notices, diagrams, instructions, diaries, meeting minutes, orders, resolutions, agendas, and memorials or notes of oral Communications, together with all notations on any of the foregoing, all originals, file copies, or other unique copies of the foregoing and all versions of drafts thereof, whether used or not. Any reference herein to Documents concerning a particular subject matter includes within its scope all Communications concerning that subject matter.

6. "FDIC-C" means the Federal Deposition Insurance Corporation, in its corporate capacity.

7. "Including" or "includes" means including without limitation or includes without limitation.

8. "SVBFG" means SVB Financial Group.

9. "You" or "Your" means FDIC-C, as well as any persons acting on its behalf or at its direction.

10. With respect to Documents, "identify" means to give, to the full extent known, the (i) type of Document; (ii) general subject matter of the Document; (iii) an explanation of the Document's precise relevance to the Interrogatory to which the Document's identity is responsive; (iv) the date the Document was generated; and (v) author(s), addressee(s) and recipient(s) of the Document.

**INSTRUCTIONS**

1. Each Interrogatory shall be answered completely, separately, and fully.

-2-

Sullivan & Cromwell LLP

Plaintiff SVB Financial Group's Initial Set of Interrogatories
Relating to Jurisdictional Discovery
Case No. 5:23-cv-06543-BLF

2. Unless instructed otherwise, the time period covered by these Interrogatories is the period from March 10, 2023, to the present.

3. In construing the Interrogatories: (i) the singular shall include the plural and the plural shall include the singular; (ii) masculine, feminine or neuter pronouns shall not exclude other genders; (iii) the words "and" and "or" shall be read either disjunctively or conjunctively so as to bring within the scope of the demand all responses that might otherwise be construed to be outside its scope; and (iv) the words "any" and "all" shall include, without limitation, "each" and "every."

4. Where an Interrogatory cannot be answered in full, state why and furnish all available information. Estimates should be given when, but only when, exact information cannot be supplied. Any estimates should be identified as such, should be as precise as possible, and the sources of, and methods of deriving, each estimate should be specifically set forth.

5. The answers to the Interrogatories are to be signed under oath pursuant to Rule 33(b)(5) of the Federal Rules of Civil Procedure. Objections, if any, should be signed by the attorney making them.

6. If You withhold any information under a claim of privilege, immunity, or protection, including the attorney-client privilege or work product doctrine, You must provide the information required by Rule 26(b)(5)(A) of the Federal Rules of Civil Procedure.

7. These Interrogatories are continuing and call for prompt and further supplemental answers whenever you discover any additional information that is responsive to any of the Interrogatories herein.

**INTERROGATORIES**

1. Identify and describe with specificity the process and procedures, if any, that the FDIC-C had in place after the Closure Date for depositors of Silicon Valley Bank to make claims to recover amounts in excess of the $250,000 Limit, Including describing the manner and timing of any Communication Concerning such process and procedures to Silicon Valley Bank depositors and identifying all Documents evidencing or Concerning any such process and procedures.

-3-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF INTERROGATORIES
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

Dated: March 19, 2024

/s/ Robert A. Sacks

Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

-4-

SULLIVAN &
CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF INTERROGATORIES
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024, I caused a true and correct copy of the foregoing **PLAINTIFF'S INITIAL SET OF INTERROGATORIES RELATING TO JURISDICTIONAL DISCOVERY** to be served on the following counsel of record via electronic mail and via overnight delivery:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Eric C. Lyttle
Jonathan G. Cooper
Kyra R. Simon
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com
Email: kyrasimon@quinnemanuel.com

Emily Kapur
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

                                                    */s/ Robert A. Sacks*
                                                    Robert A. Sacks

SULLIVAN & CROMWELL LLP

-5-

PLAINTIFF SVB FINANCIAL GROUP'S INITIAL SET OF INTERROGATORIES
RELATING TO JURISDICTIONAL DISCOVERY
CASE NO. 5:23-CV-06543-BLF