# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER GRANTING FDIC-C'S MOTION TO STAY DISCOVERY** |

Good cause appearing, Defendant's request is granted. The Court orders the following:

All discovery is stayed pending resolution of Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Date: _____     _____

　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge