| | |
|---|---|
| Emily Kapur (CA Bar No. 306724)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com<br><br>Benjamin I. Finestone (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: benjaminfinestone@quinnemanuel.com | Eric C. Lyttle (admitted *pro hac vice*)<br>Jonathan G. Cooper (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (650) 538-8100<br>Email: ericlyttle@quinnemanuel.com<br>Email: jonathancooper@quinnemanuel.com |

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　　Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**STIPULATED REQUEST TO SHORTEN TIME TO HEAR FDIC-C'S MOTION TO STAY DISCOVERY OR, IN THE ALTERNATIVE, TO RESOLVE THE MOTION ON THE PAPERS**<br><br>Judge: Hon. Beth Labson Freeman |

1   Pursuant to Civil Local Rules 6-2, 7-1(b), and 7-12, the parties submit this stipulated request
2   for the Court to shorten time to hear FDIC-C's motion to stay discovery pending resolution of its
3   partial motion to dismiss (Dkt. 46) or, in the alternative, decide the motion on the papers, as soon as
4   is convenient for the Court after the motion is fully briefed on April 23, 2024.
5   WHEREAS, on April 2, 2024, the Federal Deposit Insurance Corporation, in its corporate
6   capacity (**FDIC-C**), filed a motion to stay discovery pending resolution of its motion to dismiss.
7   Dkt. 46;
8   WHEREAS, SVB Financial Group (**SVBFG**)'s opposition to FDIC-C's stay motion is due
9   on April 16, 2024 pursuant to Civil Local Rule 7-3(a);
10  WHEREAS, FDIC-C's reply in support of its stay motion is due on April 23, 2024 pursuant
11  to Civil Local Rule 7-3(c);
12  WHEREAS, the Court has provided a date of July 18, 2024 to hear argument on FDIC-C's
13  motion to stay discovery;
14  WHEREAS, a "district court has inherent power to control the disposition of the causes on
15  its docket in a manner which will promote economy of time and effort for itself, for counsel, and for
16  litigants." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Shevtsov v. L.A. Unified Sch. Dist.*,
17  134 F.3d 379 (9th Cir. 1998) (Mem.) (district courts have "wide discretion in scheduling");
18  WHEREAS, the parties may, by written stipulation, request the Court to shorten time to hear
19  oral argument on a motion under Civil Local Rule 6-1(b) or request the Court to resolve a motion
20  without oral argument under Civil Local Rule 7-1(b);
21  WHEREAS, FDIC-C requests that the Court shorten the time to hear FDIC-C's motion to
22  stay discovery or, in the alternative, decide the motion on the papers;
23  WHEREAS, SVBFG does not oppose FDIC-C's request, provided that nothing in this
24  stipulation alters any party's rights or obligations with respect to discovery, including outstanding
25  discovery; and
26  WHEREAS, granting the relief requested herein would promote judicial economy and
27  conserve party resources.
28

1  NOW THEREFORE, the undersigned parties respectfully request that the Court shorten time to hear argument on FDIC-C's motion to stay discovery or, in the alternative, decide the stay motion on the papers, as soon as is convenient for the Court after the motion is fully briefed on April 23, 2024.[1]

IT IS SO STIPULATED.

Dated: April 8, 2024

| /s/ Robert A. Sacks | /s/ Jonathan G. Cooper (*pro hac vice*) |
|---|---|
| Robert A. Sacks (SBN 150146)<br>sacksr@sullcrom.com<br>Adam S. Paris (SBN 190693)<br>parisa@sullcrom.com<br>Diane L. McGimsey (SBN 234953)<br>mcgimseyd@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>Sverker K. Hogberg (SBN 244640)<br>hogbergs@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>550 Hamilton Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br><br>*Attorneys for Plaintiff SVB Financial Group* | Emily Kapur (CA Bar No. 306724)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com<br><br>Eric C. Lyttle (admitted *pro hac vice*)<br>Jonathan G. Cooper (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (650) 538-8100<br>Email: ericlyttle@quinnemanuel.com<br>Email: jonathancooper@quinnemanuel.com<br><br>Benjamin I. Finestone (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: benjaminfinestone@quinnemanuel.com<br><br>*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)* |

---

[1] There have been two prior time modifications in this case. Dkt. 11 & Dkt. 22. The time modification requested herein would shorten the time for a hearing or ruling after FDIC-C's motion to stay discovery is fully briefed but would not affect SVBFG's opportunity or time to respond to FDIC-C's stay motion.

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: April 8, 2024

<u>  /s/ *Jonathan G. Cooper* (*pro hac vice*)  </u><br>
Jonathan G. Cooper (*pro hac vice*)