UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**DECLARATION OF JONATHAN G. COOPER IN SUPPORT OF STIPULATED REQUEST TO SHORTEN TIME TO HEAR FDIC-C'S MOTION TO STAY DISCOVERY, OR IN THE ALTERNATIVE, TO RESOLVE THE MOTION ON THE PAPERS** |

Case No. 5:23-cv-06543-BLF

DECLARATION OF JONATHAN G. COOPER

I, Jonathan G. Cooper, declare as follows:

1. I am over the age of eighteen, of sound mind, and under no legal disability. I have personal knowledge of the facts stated in this declaration and, if called to testify, could and would testify to the same.

2. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, and represent the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C") in connection with this case. I am a member in good standing of the Bar of the District of Columbia, and have been admitted *pro hac vice* in this matter. Dkt. 15.

3. Granting the relief requested in the parties' stipulated request would promote judicial economy and conserve party resources.

4. There have been two prior time modifications in this case. Dkt. 11 & Dkt. 22.

5. Granting the relief requested in the parties' stipulated request would shorten the time for a hearing or ruling after FDIC-C's motion to stay discovery is fully briefed on April 23, 2024, but would otherwise not impact the case schedule.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, DC
on April 8, 2024

*/s/ Jonathan G. Cooper* (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)