# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 23-cv-06543-BLF<br><br>**ORDER GRANTING STIPULATION TO RESOLVE FDIC-C'S MOTION TO STAY DISCOVERY ON THE PAPERS**<br><br>[Re: ECF No. 48] |

Before the Court is the parties' stipulated request to either shorten time to hear Defendant FDIC-C's motion to stay discovery (ECF No. 46) or decide the motion on the papers. The Court finds that the motion to stay is suitable for disposition without oral argument. *See* Civ. L.R. 7-1(b). The Court will take the motion under submission once the motion is fully briefed, and the Court will rule expeditiously. Accordingly, the stipulation is GRANTED to the extent it requests decision on the papers.

**IT IS SO ORDERED.**

Dated: April 8, 2024

_____
BETH LABSON FREEMAN
United States District Judge