1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  Adam S. Paris (SBN 190693)
   (parisa@sullcrom.com)
3  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
4  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East
5  Los Angeles, California 90067
   Telephone:    (310) 712-6600
6  Facsimile:    (310) 712-8800
   *Attorneys for Plaintiff SVB Financial Group*
7  [*Additional Counsel Listed on Signature Page*]

8

                    **UNITED STATES DISTRICT COURT**

                    **NORTHERN DISTRICT OF CALIFORNIA**

                    **SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No.: 5:23-cv-06543-BLF |
| Plaintiff, | **JOINT STIPULATED REQUEST PURSUANT TO CIVIL LOCAL RULE 6-2(A) AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON FDIC-C'S MOTION TO DISMISS** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, | |
| Defendant. | The Honorable Beth Labson Freeman |

CASE NO. 5:23-CV-06543-BLF

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff SVB Financial Group ("SVBFG") and Defendant the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), submit this Joint Stipulation to request that the Court extend the current schedule for the parties to complete briefing FDIC-C's motion to dismiss claims I, II, III, IV, V, VII, and VIII of SVBFG's complaint (Dkt. No. 25) (the "Motion to Dismiss").

WHEREAS, on March 4, 2025, FDIC-C filed its Motion to Dismiss, which the Court has set for hearing on July 11, 2024;

WHEREAS, on March 6, 2024, the parties filed a stipulation and proposed order asking the Court to set a briefing schedule on the Motion to Dismiss (Dkt No. 26), which the Court approved (Dkt. No. 27), and pursuant to which SVBFG's opposition is presently due on April 25, 2024, and FDIC-C's reply is due on June 1, 2024, five weeks prior to the hearing;

WHEREAS, on March 20, 2024, SVBFG served FDIC-C with six requests for production in connection with FDIC-C's Motion to Dismiss;

WHEREAS, on March 21, 2024, the Court held an initial case management conference in this action, at which FDIC-C informed the Court that it would file a motion to stay discovery pending resolution of its Motion to Dismiss;

WHEREAS, at the March 21, 2024 conference, the Court observed that "if discovery is allowed or if limited discovery is allowed, there's ample time . . . to receive that discovery and work out a more – an appropriate briefing schedule on the motion to dismiss because I just need my – I just need the reply brief two weeks before the hearing.  So, you can keep that in mind, and maybe you'll come to some agreement on some of this initial discovery as a way of working this out.  So, I'm going to urge you to do that as well." (March 21, 2024 Hrg. Tr., Case 23-cv-06543, at 12:17-24);

WHEREAS, on April 2, 2024, FDIC-C filed its motion to stay discovery (Dkt. No. 46) (the "Stay Motion");

WHEREAS, on April 8, 2024, the parties filed a Stipulated Request to Shorten Time to Hear FDIC-C's Motion to Stay Discovery or, in the Alternative, to Resolve the Motion on the Papers (Dkt. No. 48), which the Court granted (Dkt. No. 49);

WHEREAS, on April 16, 2024, SVBFG filed its opposition to FDIC-C's Stay Motion (Dkt No. 50);

WHEREAS, SVBFG requests, and FDIC-C does not oppose, that the Court reset the current briefing deadlines on FDIC-C's Motion to Dismiss, such that SVBFG's Motion to Dismiss opposition brief will be due on May 20, 2024 (instead of April 25, 2024), and FDIC-C's reply brief will be due on June 27, 2024 (instead of June 1, 2024);

WHEREAS, the requested briefing schedule complies with the Court's Standing Order re Civil Cases No. IV.B, and is consistent with the Court's comments at the March 21, 2024 conference;[1]

AND WHEREAS, no other dates will be affected by this Stipulation, nor shall this Stipulation prejudice any party's rights or positions in this action.

NOW THEREFORE, the undersigned parties respectfully request that the Court enter an order resetting the briefing schedule on FDIC-C's Motion to Dismiss as follows:

1.  SVBFG's opposition to FDIC-C's Motion to Dismiss shall be due on **May 20, 2024**; and
2.  FDIC-C's reply in support of its Motion to Dismiss shall be due on **June 27, 2024**.

[*Remainder of page intentionally left blank.*]

---

[1] In addition to the time modifications set out above, there have been two prior time modifications in this case. (*See* Dkt. Nos. 11 & 22.)

IT IS SO STIPULATED.

Dated: April 17, 2024

/s/ Robert A. Sacks                           /s/ Jonathan G. Cooper

| | |
|---|---|
| Robert A. Sacks (SBN 150146)<br>sacksr@sullcrom.com<br>Adam S. Paris (SBN 190693)<br>parisa@sullcrom.com<br>Diane L. McGimsey (SBN 234953)<br>mcgimseyd@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>Sverker K. Hogberg (SBN 244640)<br>hogbergs@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>550 Hamilton Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br><br>*Attorneys for Plaintiff SVB Financial Group* | Emily Kapur (CA Bar No. 306724)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com<br><br>Eric C. Lyttle (admitted *pro hac vice*)<br>Jonathan G. Cooper (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (650) 538-8100<br>Email: ericlyttle@quinnemanuel.com<br>Email: jonathancooper@quinnemanuel.com<br><br>Benjamin I. Finestone (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: benjaminfinestone@quinnemanuel.com<br><br>*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)* |

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 17, 2024

/s/ *Robert A. Sacks*
Robert A. Sacks

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE