Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                   Plaintiff,<br><br>         v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                   Defendant. | Case No.: 5:23-cv-06543-BLF<br><br>**DECLARATION OF ROBERT A. SACKS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S OPPOSITION TO DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION TO DISMISS** |

I, Robert A. Sacks, declare as follows:

1. I am admitted to practice law in the State of California and the United States District Court for the Northern District of California. I am a partner of the law firm of Sullivan & Cromwell LLP, counsel for Plaintiff SVB Financial Group ("<u>SVBFG</u>") in this case. I submit this declaration (this "<u>Declaration</u>") in support of SVBFG's Opposition to Defendant Federal Deposit Insurance Corporation's ("<u>FDIC</u>") Motion to Dismiss (the "<u>Opposition</u>").

2. All facts set forth in this Declaration are based upon personal knowledge or my review of relevant documents, including the documents attached hereto. All capitalized terms not otherwise defined herein have the same meaning as set forth in the Opposition.

3. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of FDIC's March 12, 2023 press release, titled "Joint Statement by the Department of the Treasury, Federal Reserve, and FDIC."

4. Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of a letter that SVBFG sent to FDIC on October 13, 2023, for the case captioned *SVB Financial Group* v. *FDIC et al.*, Adv. Case No. 23-01137 (MG), in the United States Bankruptcy Court for the Southern District of New York.

5. Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of the transcript of proceedings for the conference held on December 20, 2023, before Judge John P. Cronan for the case captioned *SVB Financial Group* v. *FDIC*, No. 23 Civ. 7218 (JPC), in the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2024                         /s/ *Robert A. Sacks*
       Los Angeles, California              Robert A. Sacks