# EXHIBIT 2

**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 13, 2023

Via E-mail

Benjamin Finestone, Esq.,
    Quinn Emanuel Urquhart & Sullivan LLP,
        51 Madison Avenue, 22nd Floor
            New York, New York 10010,

Derek J. Baker, Esq.,
    Reed Smith LLP,
        1717 Arch Street, Suite 3100
            Philadelphia, PA 19103,

Patrick Collins, Esq.,
    Farrell Fritz, P.C.,
        400 RXR Plaza,
            Uniondale, New York 11556.

        Re:    *SVB Financial Group* v. *FDIC et al.*
                  (Adv Case No. 23-01137 (MG)

Dear Counsel:

        Since May, the Debtor has been seeking the documentation that the Secretary of the Treasury was statutorily required to prepare under 12 U.S.C. § 1823(c)(4)(G)(iii) and (v) reflecting the March 12, 2023 determination to invoke the Systemic Risk Exception pursuant to § 1823(c)(4)(G). (*See* April 2023 GAO Report to the Committee on Financial Services, House of Representatives, *Preliminary Review of Agency Actions Related to March 2023 Bank Failures*, at 8-9 ("[T]he systemic risk exception includes requirements that serve to ensure accountability of regulators' use of this provision. The Secretary of the Treasury must notify Congress in writing of any systemic risk exception determination and must document each determination and retain the documentation for GAO review. GAO must report its findings to Congress.").)

        We have asked for this documentation in discovery to the Federal Deposit Insurance Corporation in its corporate capacity ("FDIC-C") and the Federal Deposit Insurance Corporation in its capacity as receiver for Silicon Valley Bank and Silicon

Benjamin Finestone, Esq. -2-
Derek J. Baker, Esq.
Patrick Collins, Esq.

Valley Bridge Bank, N.A. ("FDIC-Rs"), and in a FOIA request to the FDIC-C.[1] Nonetheless, no one has produced this documentation to the Debtor in the five months since it was first requested.

In its responses to the Debtor's Initial Request for Production No. 8, the FDIC-C stated that it would produce documents "provided to the FDIC-C by the Department of the Treasury or Federal Reserve that incorporate, identify, or describe the terms of the systemic risk exception," and documents "sent by the Department of Treasury or the Federal Reserve . . . that incorporate, identify, or describe the terms of the systemic risk exception . . . ." The FDIC-C has yet to produce the Treasury documentation, however, or confirm that the FDIC-C does not possess such documentation.[2] For its part, the FDIC-R has responded that "it has no non-privileged documents" responsive to the Debtor's request for all documents concerning the invocation of the systemic risk exception, but then provided the Debtor with only a "categorical log" of documents withheld on the basis of privilege, which provides the Debtor with no information to assess whether the FDIC-R in fact possesses the Treasury documentation but is withholding it. If either the FDIC-C or the FDIC-R possesses such documentation, it should be produced immediately. If they do not possess such documentation, they should state so clearly so that the Debtor can pursue this documentation through other means.

Thus, to avoid unnecessary motion practice and further delay, please respond no later than October 17, 2023 by answering yes or no to the following two questions:

1. Do you have this documentation?

2. Do you agree to produce it to the Debtor?

---

[1] The Debtor has also sought this documentation via third-party subpoenas and FOIA requests to the Department of the Treasury and the Board of Governors of the Federal Reserve System.

[2] The FDIC-C's Supplemental Response to Request for Production No. 8 does not answer this question, as it states only that the Department of Treasury "did not provide the FDIC-C with any formal acknowledgement of, or any directions or instructions regarding, its invocation of the systemic risk exception," and not whether the FDIC-C possesses any of the documentation the Treasury Secretary was statutorily required to prepare.

Benjamin Finestone, Esq. -3-
Derek J. Baker, Esq.
Patrick Collins, Esq.

   I look forward to hearing from you. You can reach me at (310) 712-6663 with any questions.

                   Sincerely,

                   /s/ *Adam S. Paris*

cc: Robert Sacks
   James Bromley
   Diane McGimsey
   Elliot Moskowitz
   David Zensky
   Glenn Kurtz