UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>    Plaintiff,<br><br>    vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>    Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Joshua D. Courtney, am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and hereby appear as counsel for Defendant Federal Deposit Insurance Corporation, in its corporate capacity, in the above-captioned action. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon me at the address listed below.

Dated: June 3, 2024

Respectfully submitted,

*/s/ Joshua D. Courtney*

Joshua D. Courtney (Bar No. 348416)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: joshuacourtney@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*