# EXHIBIT A

Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800
*Attorneys for Plaintiff SVB Financial Group*
[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                               Plaintiff,<br><br>        v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                               Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)**<br><br>The Honorable Beth L. Freeman |

Plaintiff SVB Financial Group ("SVBFG") hereby provides the following initial disclosures pursuant to Fed. R. Civ. P. 26(a). SVBFG makes these disclosures without waiving any objection to the discovery, authenticity or admissibility of any evidence, document or other information described herein on any other proper grounds, including relevance, undue burden, competency, privilege, work product and hearsay. SVBFG reserves the right to object to any subsequent discovery request by Defendant Federal Deposit Insurance Corporation, in its Corporate Capacity ("FDIC-C") even if directed to subject matters described herein.

SVBFG's investigation of the facts and circumstances at issue is ongoing. SVBFG makes these disclosures based on information reasonably available to them at this time. These disclosures reflect only the current state of SVBFG's knowledge, understanding and belief regarding these matters. SVBFG reserves the right to amend, revise, supplement, clarify or correct these disclosures as they learn of additional information, as additional investigation is completed and after additional discovery is taken.

## I.    Individuals Likely to Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i)).

Based on SVBFG's current information, the following non-expert individuals may have discoverable information that it may use to support its claims, other than for impeachment purposes.[1] The inclusion of a name on this list is not a statement by SVBFG that the named individual has discoverable information, or that SVBFG will use any information in possession of the named individual in support of SVBFG's claims. Nothing herein should be construed to authorize FDIC-C to contact any individuals where such contact would violate applicable law, abridge any rule of professional conduct, induce the breach of any contract or infringe any confidentiality agreement.

| Name | Address | Subject |
|---|---|---|
| Aisha Ashfaque, Accountant, FDIC | c/o Reed Smith LLP 599 Lexington Avenue New York, NY 10022 Telephone: (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds; resolution of Silicon Valley Bank |

---

[1] SVBFG is still investigating the employment and legal representation of the listed individuals.

-1-

| **Name** | **Address** | **Subject** |
|---|---|---|
| Michael S. Barr, Vice Chair for Supervision of the Board of Governors of the Federal Reserve System | Mark Van Der Weide, General Counsel Board of Governors of the Federal Reserve System 20th Street and Constitution Ave N.W., Washington, DC 20551 Telephone:  (202) 452-3000 | Invocation of the systemic risk exception with respect to Silicon Valley Bank |
| Lisa Brown, former Silicon Valley Bank Senior Manager for Global Funds Transfer | Unknown | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A. |
| David Busch, former Silicon Valley Bank Head of Corporate Investments & Capital Markets | Unknown | SVBFG's account funds at Silicon Valley Bank; SVBFG's wire transfers from accounts at Silicon Valley Bridge Bank, N.A.; holds placed on SVBFG accounts |
| Nikki Bustamante, former Silicon Valley Bank Senior Manager of Cash & Funding | Unknown | SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Audra Cast, Senior Deputy Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone:  (202) 538-8000 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds ; resolution of Silicon Valley Bank |
| Tyler Cavaness, Assistant Director, FDIC | c/o Reed Smith LLP 599 Lexington Avenue New York, NY 10022 Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Scott H. Christensen, Deputy General Counsel, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| John Conneely, Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone:  (202) 538-8000 | Transfer of Silicon Valley Bank's assets from Silicon Valley Bridge Bank, N.A. to First Citizens Bank & Trust Company |

-2-

| **Name** | **Address** | **Subject** |
|---|---|---|
| Kymberly Copa, Deputy to the Chairman and Chief of Staff, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Kevin Coston, Senior Financial Management Analyst, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Cathy Davis, Chief, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Hold on SVBFG's accounts at Silicon Valley Bank, N.A.; denial of SVBFG's uninsured deposit claim |
| Debra Decker, Counsel to Deputy General Counsel, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| John Doran, former Silicon Valley Bank Senior Fixed Income Portfolio Manager | Unknown | SVBFG's wire transfers from accounts at Silicon Valley Bridge Bank, N.A. |
| Doreen R. Eberley, Director of Division of Risk, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank |
| Bret Edwards, Deputy to the Chairman and Chief Financial Officer, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Igor Fayermark, Senior CFI Resolution Specialist and Acting Chief of Claims Administration, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds; FDIC's purported deposit claims administration process |

-3-

| Name | Address | Subject |
|---|---|---|
| Debra Foster, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG accounts; resolution of Silicon Valley Bank |
| Martin J. Gruenberg, Chairman of the Federal Deposit Insurance Corporation | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Daniel Gutierrez, Manager, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Zain Haider, former Silicon Valley Bank Treasurer | c/o Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  (212) 596-9000 | SVBFG's account funds at Silicon Valley Bank; SVBFG's wire transfers from accounts at Silicon Valley Bridge Bank, N.A.; holds placed on SVBFG accounts |
| Steven Hall, Resolutions and Receiverships Specialist, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Janine Henkes, Senior Strategic Operations Specialist, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Travis Hill, Vice Chairman, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Karen Hon, former Silicon Valley Bank Chief Accounting Officer | c/o Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>New York, NY 10007<br>Telephone:  (212) 230-8800 | SVBFG's account funds at Silicon Valley Bank; SVBFG's wire transfers from accounts at Silicon Valley Bridge Bank, N.A.; holds placed on SVBFG accounts |

SULLIVAN & CROMWELL LLP

| Name | Address | Subject |
|---|---|---|
| Andy Jiminez, Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank |
| Sharon Kelley, Senior Financial Management Analyst, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds; resolution of Silicon Valley Bank |
| David Kiddney, Associate Director, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds; resolution of Silicon Valley Bank |
| William Kosturos, Chief Restructuring Officer of SVBFG | c/o Sullivan & Cromwell LLP<br>1888 Century Park East<br>Los Angeles, CA 90067-1725<br>Telephone:  (310) 712-6600 | SVBFG's accounts at Silicon Valley Bridge Bank, N.A. |
| Jeff Liu, Agent in Charge of Restructuring at SVBFG | c/o Sullivan & Cromwell LLP<br>1888 Century Park East<br>Los Angeles, CA 90067-1725<br>Telephone:  (310) 712-6600 | SVBFG's accounts at Silicon Valley Bridge Bank, N.A. |
| Timothy Mayopolous, CEO of Silicon Valley Bridge Bank, N.A. | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | SVBFG's deposit accounts at Silicon Valley Bridge Bank, N.A. |
| Luis A. Mayorga, Senior Complex Financial Institution Resolution Specialist, FDIC | c/o Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone:  (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Cheryl McCoy, former Silicon Valley Bank Head of Global Operations | Unknown | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A. |
| James McGraw, former Acting Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 90<br>Washington, DC 20005<br>Telephone:  (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |

-5-

| Name | Address | Subject |
|------|---------|---------|
| Jonathan McKernan, Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Rae-Ann Miller, Senior Deputy Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| William Mitchell, Financial Forensic Investigator, FDIC | c/o Reed Smith LLP 599 Lexington Avenue New York, NY 10022 Telephone: (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Arthur J. Murton, Deputy to the Chairman for Financial Stability | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Shivali Nangia, Assistant Director, FDIC | c/o Reed Smith LLP 599 Lexington Avenue New York, NY 10022 Telephone: (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Harrel Pettway, General Counsel, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Jerome H. Powell, Chair of the Board of Governors of the Federal Reserve System | Mark Van Der Weide, General Counsel Board of Governors of the Federal Reserve System 20th Street and Constitution Ave N.W., Washington, DC 20551 Telephone: (202) 452-3000 | Invocation of the systemic risk exception with respect to Silicon Valley Bank |

| Name | Address | Subject |
|---|---|---|
| Donna Saulnier, Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Alfred L. Seivold, Deputy Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| R. Penfield Starke, Deputy General Counsel, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; invocation and application of the systemic risk exception; resolution of Silicon Valley Bank |
| Maureen Sweeney, Director, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank |
| Ryan Tetrick, Deputy Director for Resolution Readiness, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone: (202) 538-8000 | FDIC's recommendation to the Treasury Secretary to invoke the systemic risk exception with respect to Silicon Valley Bank; application of effect of invocation of systemic risk exception; holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Randy Thornhill, Chief, Investigations, FDIC | c/o Reed Smith LLP 599 Lexington Avenue New York, NY 10022 Telephone: (212) 521-5400 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Jeffery L. Ward, Chief Strategy Officer, First Citizens Bank | c/o Andrew Tarr Robinson Bradshaw 101 N. Tryon St., Suite 1900 Charlotte, NC 28246 | Transfer of Silicon Valley Bank's assets from Silicon Valley Bridge Bank, N.A. to First Citizens Bank & Trust Company |

| **Name** | **Address** | **Subject** |
|---|---|---|
| Augustus Wilson, Senior Claims Administration Analyst, FDIC | c/o Quinn Emanuel Urquhart & Sullivan, LLP 1300 I Street NW, Suite 90 Washington, DC 20005 Telephone:  (202) 538-8000 | Holds on SVBFG's accounts at Silicon Valley Bridge Bank, N.A.; seizure of SVBFG account funds |
| Janet Yellen, Secretary of Treasury | c/o Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001 | Invocation of the systemic risk exception with respect to Silicon Valley Bank |

In addition to the persons identified above, SVBFG identifies (1) the directors, officers and employees of the FDIC-C who were involved with the application of systemic risk exception declared by the Secretary of the Treasury with respect to Silicon Valley Bank ("SVB"); (2) employees or agents of FDIC-C who ordered, advised, implemented or were otherwise involved in the holds placed on SVBFG's accounts at Silicon Valley Bridge Bank, N.A. ("Bridge Bank") and/or the seizure of SVBFG's account funds; (3) employees or agents of FDIC-C who processed, reviewed, adjudicated or were otherwise involved with the FDIC's deposit claims processes related to the closure of SVB, including but not limited to the persons involved with the decision to deny SVBFG's "deposit claim"; (4) the directors and officers of Bridge Bank who coordinated with FDIC-C and/or the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank of Santa Clara, California and Silicon Valley Bridge Bank, N.A. ("FDIC-R") with respect to actions taken with respect to SVBFG's deposit accounts; (5) employees or agents of Bridge Bank who ordered, advised, implemented, or were otherwise involved in the holds placed on SVBFG's accounts at Bridge Bank; (6) the directors, officers and employees of the Board of Governors of the Federal Reserve System who were involved with the recommendation that the Secretary of the Treasury invoke a systemic risk exception with respect to SVB; and (6) all persons named by FDIC-C in this action in their initial disclosures.

## II.    Documents Within SVBFG's Possession, Custody or Control that SVBFG May Use to Support Its Claims or Defenses (Fed. R. Civ. P. 26(a)(1)(A)(ii)).

SVBFG identifies the following categories of documents or things in their possession, custody or control that it may use to support its claims, other than solely for impeachment purposes. Unless otherwise indicated, the documents and other things in the below categories may be found in the electronic and/or hard copy files of SVBFG and the email archives of their current and/or former

-8-

employees, which may be found in various locations where SVBFG maintains offices or data and document storage facilities within its possession, custody or control.  Many of these documents are documents that SVBFG has obtained from others, including the FDIC, and from public sources.

1.  Documents and communications concerning the Secretary of the Treasury's invocation of the systemic risk exception.

2.  Documents and communications concerning the FDIC's application of the systemic risk exception with respect to SVB.

3.  Documents and communications concerning SVBFG's accounts at SVB and Bridge Bank.

4.  Documents and communications concerning the transfer of SVB's assets to First Citizens Bank & Trust Company.

5.  Documents and communications concerning the resolution of deposit claims by depositors of SVB.

6.  Communications between FDIC-C and FDIC-R concerning SVBFG's deposits.

7.  Policies and procedures with respect to claims for payment of insured deposits.

8.  Policies and procedures with respect to claims for payment of uninsured deposits.

9.  Documents and communications concerning Bridge Bank's efforts to reverse SVBFG's lawfully initiated wire transactions.

10. Documents and communications concerning FDIC-C's treatment of SVBFG's demand for payment of its deposit funds as a claim for insured deposits.

11. Documents and communications demonstrating SVBFG's reliance on pronouncements by the FDIC that its funds were guaranteed.

SVBFG may also rely on documents identified by FDIC-C in their initial disclosures, other publicly available documents or documents produced by third parties to support their claims in this action, as well as documents in the possession, custody or control of FDIC-C or third parties.  SVBFG may also rely on documents in their possession, custody or control that are not identified above as discovery progresses and additional investigation is completed.

-9-

## III.    Computation of Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii)).

SVBFG is entitled to recover approximately $1,933,805,708.13, plus accumulated interest in an amount to be determined, that FDIC-C has unlawfully withheld from SVBFG by defying the March 12, 2023 invocation of the systemic risk exception by Secretary of the Treasury Janet Yellen, which was made upon the unanimous recommendations of the boards of both the Federal Reserve and FDIC-C, and after consulting with the President of the United States.

As explained in SVBFG's Complaint, the Secretary's invocation of the systemic risk exception "fully protecte[ed] *all* depositors" of SVB.  Secretary Yellen's invocation imposed upon FDIC-C the obligation to provide all SVB depositors full access to all of their deposits, including approximately $2.1 billion in SVBFG's accounts at SVB.  FDIC-C initially complied with that obligation, providing SVBFG on or about March 13, 2023 with access to all of its deposits in an account at Bridge Bank, an institution it created and operated for the purpose of providing SVBFG depositors with continuous access to all of their money.  During the next three days, SVBFG withdrew approximately $180 million of its deposit funds to pay ordinary-course obligations and to prepare for its bankruptcy filing, but SVBFG left the vast bulk of its funds at Bridge Bank, in reliance on the public pronouncements of Secretary Yellen and the FDIC itself that all depositors were protected and the funds on deposit at Bridge Bank belonged to SVBFG.

On March 16, however, the FDIC unlawfully blocked SVBFG's access to its remaining $1,933,805,708.13 of funds at Bridge Bank and since that time has continued to withhold those funds (plus accumulated interest) from SVBFG for over a year.  On December 19, 2023, SVBFG filed this action to seek relief from FDIC-C's illegal withholding of $1,933,805,708.13 of SVBFG's funds, which to date has cost SVBFG more than $100 million in lost interest alone.

SVBFG reserves the right to supplement, revise, clarify, correct, or otherwise amend this response in the event that it identifies other grounds to assert damages against FDIC-C for the unlawful actions described in the Complaint.

## IV.    Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv)).

Not applicable.

-10-

Dated:  May 17, 2024

/s/ Robert A. Sacks
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

-11-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2024, I caused a true and correct copy of the foregoing

**PLAINTIFF SVB FINANCIAL GROUP'S INITIAL DISCLOSURES PURSUANT TO FED. R.**

**CIV. P. 26(a)** to be served on the following counsel of record via electronic mail:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Eric C. Lyttle
Jonathan G. Cooper
Kyra R. Simon
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com
Email: kyrasimon@quinnemanuel.com

Emily Kapur
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

/s/ Caleb J. Downs
Caleb J. Downs

-12-

SULLIVAN &
CROMWELL LLP