# EXHIBIT C

| | |
|---|---|
| Emily Kapur (CA Bar No. 306724)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com<br><br>Benjamin I. Finestone (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: benjaminfinestone@quinnemanuel.com | Eric C. Lyttle (admitted *pro hac vice*)<br>Jonathan G. Cooper (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (650) 538-8100<br>Email: ericlyttle@quinnemanuel.com<br>Email: jonathancooper@quinnemanuel.com |

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>      Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>      Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**FDIC-C'S SUPPLEMENTAL INITIAL DISCLOSURES**<br><br>Judge: Hon. Beth Labson Freeman |

1. Defendant Federal Deposit Insurance Corporation, in its corporate capacity (**FDIC-C**), maintains its objection that this matter is exempt from initial disclosures under 12 U.S.C. § 1821(f) and Rule 26(a)(1)(B)(i). *See* Dkt. No. 31 at 4. Nevertheless, to avoid a needless dispute, FDIC-C makes the following supplemental initial disclosures under Federal Rules of Civil Procedure 26(a)(1) and 26(e).

2. FDIC-C reserves the right to further supplement or amend these disclosures under Rule 26(e).

**A.   Individuals Likely to Have Discoverable Information**

FDIC-C discloses under Rule 26(a)(1)(A)(i) that the following individuals are likely to have discoverable information that the FDIC may use to support its defenses.

**1.   Persons Affiliated With FDIC-R1**

The following individual is a current employee of the Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank (**FDIC-R1**), and may be contacted through FDIC-R1's counsel: Reed Smith LLP, 599 Lexington Avenue, New York, NY, 10022, (212) 521-5400.

| Name | Position | Discoverable Information |
|---|---|---|
| Luis A. Mayorga | Senior Complex Financial Institution Resolution Specialist | Function of FDIC-R1; deposit accounts of SVB Financial Group; FDIC-R1's direction to Silicon Valley Bridge Bank to place a hold on SVB Financial Group's deposit accounts; FDIC-R1's issuance of a call notice rescinding Silicon Valley Bridge Bank's assumption of SVB Financial Group's deposit accounts. |

**2.   Persons Affiliated With FDIC-C**

The following individual is a current employee of FDIC-C and may be contacted through FDIC-C's counsel.

| Name | Position | Discoverable Information |
|---|---|---|
| Ryan Tetrick | Deputy Director for Resolution Readiness | Function of FDIC-C; invocation of systemic risk exception in connection with Silicon Valley Bank; FDIC-C's actions to protect depositors of Silicon Valley Bank. |

### 3. Persons Affiliated With SVB Financial Group

FDIC-C also identifies the directors, officers, and employees of SVB Financial Group with knowledge of its deposit accounts at Silicon Valley Bank or Silicon Valley Bridge Bank, N.A.

### B. Documents

FDIC-C discloses under Rule 26(a)(1)(A)(ii) descriptions of the following documents and electronically stored information that it may use to support its defenses:

- The administrative record for FDIC-C's final determination of SVB Financial Group's claim under 12 U.S.C. § 1821(f). A certified index of the administrative record is available at Dkt. No. 45. FDIC-C served SVB Financial Group with a full copy of the administrative record on April 1, 2024.

### C. Computation of Any Category of Damages Claimed by the Disclosing Party

FDIC-C discloses under Rule 26(a)(1)(A)(iii) that it is not currently seeking damages.

### D. Applicable Insurance Agreements

FDIC-C discloses under Rule 26(a)(1)(A)(iv) that it is not currently aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

| | |
|---|---|
| Dated: May 29, 2024 | /s/ Jonathan G. Cooper |
| **OF COUNSEL:** | Emily Kapur (CA Bar No. 306724)<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com |
| Andrew J. Dober (CA Bar No. 229657)<br>Senior Counsel<br>adober@fdic.gov<br>Telephone: (703) 562-2545<br>Erik Bond, Counsel<br>erbond@fdic.gov<br>Telephone: (703) 562-6461<br>Jason Benton, Senior Attorney<br>jabenton@fdic.gov<br>Telephone: (703) 501-6256 | |
| | Eric C. Lyttle (admitted *pro hac vice*)<br>Jonathan G. Cooper (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (650) 538-8100<br>Email: ericlyttle@quinnemanuel.com<br>Email: jonathancooper@quinnemanuel.com |
| Federal Deposit Insurance Corporation<br>Legal Division<br>3501 Fairfax Drive<br>Arlington, VA 22226 | |
| | Benjamin I. Finestone (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: benjaminfinestone@quinnemanuel.com |
| | *Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I caused a true and correct copy of FDIC-C's Supplemental Initial Disclosures to be served upon counsel of record for Plaintiff SVB Financial Group via e-mail.

*/s/ Joshua D. Courtney*
Joshua D. Courtney
