# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 23-cv-06543-BLF<br><br>**ORDER ON SUPPLEMENTAL BRIEFING** |

At the hearing on July 11, 2024, the Court requested the parties submit supplemental briefing of no more than 5 pages on the issue of preemption. To aid the parties in drafting these briefs, the Court requests that the supplemental briefs address: (1) the scope of the Secretary of the Treasury's authority under the systemic risk exception; and (2) whether and to what extent may FDIC-C use the deposit insurance fund for non-insurance purposes. The parties are free to address, and should address, any other issues that they may deem relevant to the Court's disposition of the preemption issue.

**IT IS SO ORDERED.**

Dated: July 12, 2024

_____
BETH LABSON FREEMAN
United States District Judge