Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**DECLARATION OF ERIC LYTTLE IN SUPPORT OF DEFENDANT FDIC-C'S SUPPLEMENTAL BRIEFING IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023 |

**DECLARATION OF ERIC C. LYTTLE**

I, Eric C. Lyttle, declare as follows:

1. I am a member of the bar of Washington, D.C., and a partner in Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for the Federal Deposit Insurance Corporation, in its corporate capacity, the above-captioned action. Except as otherwise stated herein, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of an April 23, 2023 Congressional Research Service report, entitled "Bank Failures: The FDIC's Systemic Risk Exception." This report is publicly available on a government website, located here: https://crsreports.congress.gov/product/pdf/IF/IF12378.

3. Attached hereto as **Exhibit B** is a true and correct copy of the United States Government and Accountability Office's Report to the Committee on Financial Services, House of Representatives entitled "Bank Regulation: Preliminary Review of Agency Actions Related to March 2023 Bank Failures." This report is publicly available on a government website, located here: https://www.gao.gov/assets/gao-23-106736.pdf.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2024, in Washington, D.C.

*/s/ Eric C. Lyttle*
Eric C. Lyttle

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

DATED: July 19, 2024    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan G. Cooper*
  Jonathan G. Cooper
  *Attorneys for Defendant FDIC-C*