Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**DEFENDANT FDIC-C'S MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023 |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Pursuant to Local Rules 7.3(d) (addressing statements of recent decision filed prior to the hearing date) and 7-11 (addressing motions for administrative relief), Defendant Federal Deposit Insurance Corporation, in its corporate capacity (**FDIC-C**) respectfully moves for leave to file as supplemental authority a decision marked for publication by United States Bankruptcy Chief Judge Martin Glenn in *In re SVB Financial Group*, Case No. 23-10367, Dkt. No. 1380 (Br. S.D.N.Y. August 2, 2024) (**Bankruptcy Decision**), attached hereto as Exhibit A to the Declaration of Eric C. Lyttle, filed contemporaneously herewith. FDIC-C seeks leave to submit this authority in connection with the FDIC-C's Partial Motion to Dismiss, Dkt. No. 25.

As set forth in the Lyttle Declaration, counsel for FDIC-C contacted counsel for Plaintiff to inquire whether Plaintiff would stipulate to the filing of this motion for leave. Lyttle Decl. ¶ 3. Counsel for Plaintiff indicated that although they disagreed that the Bankruptcy Decision had any pertinence to the current briefing, they do not object to submission of a statement of recent decision, in the manner provided by the rule. *Id.*

Dated: August 7, 2024                                              Respectfully submitted,

**OF COUNSEL:**                                                    */s/ Jonathan C. Cooper*

Andrew J. Dober (CA Bar No. 229657)                                Emily Kapur (CA Bar No. 306724)
Senior Counsel                                                     **QUINN EMANUEL URQUHART**
adober@fdic.gov                                                    **& SULLIVAN, LLP**
Telephone: (703) 562-2545                                          555 Twin Dolphin Dr., 5th Floor
Erik Bond, Counsel                                                 Redwood Shores, CA 94065
erbond@fdic.gov                                                    Telephone: (650) 801-5000
Telephone: (703) 562-6461                                          Facsimile: (650) 801-5100
Jason Benton, Senior Attorney                                      Email: emilykapur@quinnemanuel.com
jabenton@fdic.gov
Telephone: (703) 501-6256                                          Eric C. Lyttle (admitted *pro hac vice*)
                                                                   Jonathan G. Cooper (admitted *pro hac vice*)
Federal Deposit Insurance Corporation                              **QUINN EMANUEL URQUHART**
Legal Division                                                     **& SULLIVAN, LLP**
3501 Fairfax Drive                                                 1300 I Street NW, Suite 900
Arlington, VA 22226                                                Washington, DC 20005
                                                                   Telephone: (202) 538-8000
                                                                   Facsimile: (650) 538-8100
                                                                   Email: ericlyttle@quinnemanuel.com
                                                                   Email: jonathancooper@quinnemanuel.com

                                                                   Benjamin I. Finestone (admitted *pro hac vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

*Counsel to the Federal Deposit Insurance
Corporation (in its corporate capacity)*