Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FDIC-C'S MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023 |

# [PROPOSED] ORDER

Having considered the Federal Deposit Insurance Corporation, in its Corporate Capacity ("FDIC-C")'s motion for leave to file a statement of recent decision, as well as all papers filed in support thereof and in opposition thereto, IT IS HEREBY ORDERED that the Motion is GRANTED. The opinion attached as an exhibit to the Motion for Leave is deemed filed and will be considered in connection with this Court's ruling on FDIC-C's Motion to Dismiss, Dkt. No 25.

IT IS SO ORDERED.

Dated: _____            By: _____

HONORABLE BETH LABSON FREEMAN

UNITED STATES DISTRICT JUDGE