| | |
|---|---|
| Emily Kapur (CA Bar No. 306724)<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com | Eric C. Lyttle (admitted *pro hac vice*)<br>Jonathan G. Cooper (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (650) 538-8100<br>Email: ericlyttle@quinnemanuel.com<br>Email: jonathancooper@quinnemanuel.com |

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　　Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**DECLARATION OF ERIC LYTTLE IN SUPPORT OF DEFENDANT FDIC-C'S MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023 |

**DECLARATION OF ERIC C. LYTTLE**

I, Eric C. Lyttle, declare as follows:

1. I am a member of the bar of Washington, D.C., and a partner in Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for the Federal Deposit Insurance Corporation, in its corporate capacity, the above-captioned action. Except as otherwise stated herein, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of *In re SVB Financial Group*, Case No. 23-10367, Dkt. No. 1380 (Br. S.D.N.Y. August 2, 2024).

3. On August 7, 2024, I caused Joshua D. Courtney, counsel for FDIC-C, to email counsel for Plaintiff to inquire whether Plaintiff would stipulate to the filing of this motion for leave. Counsel for Plaintiff indicated that although they do not see how the decision is relevant to FDIC-C's pending motion, they do not object to the submission of a proper statement of recent decision, in the manner provided by the rule.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2024, in Washington, D.C.

*/s/ Eric C. Lyttle*
Eric C. Lyttle

-1-    Case No. 5:23-cv-06543-BLF
DECLARATION OF ERIC LYTTLE IN SUPPORT OF FDIC-C'S MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

DATED: August 7, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Jonathan G. Cooper
Jonathan G. Cooper
*Attorneys for Defendant FDIC-C*