Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance
Corporation (in its corporate capacity)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>        Plaintiff,<br><br>     vs.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, in its corporate capacity,<br><br>        Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT FDIC-C'S MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023 |

1                                 **[PROPOSED] ORDER**

2         Having considered the Federal Deposit Insurance Corporation, in its Corporate Capacity

3 ("FDIC-C")'s motion for leave to file a statement of recent decision, as well as all papers filed in

4 support thereof and in opposition thereto, IT IS HEREBY ORDERED that the Motion is

5 GRANTED. The opinion attached as an exhibit to the Motion for Leave is deemed filed and will be

6 considered in connection with this Court's ruling on FDIC-C's Motion to Dismiss, Dkt. No 25.

7         IT IS SO ORDERED.

8

9     Dated: _August 8, 2024_         By: _____

10                               HONORABLE BETH LABSON FREEMAN

11                               UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:23-cv-06543-BLF
[PROPOSED] ORDER GRANTING DEFENDANT FDIC-C'S MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION