# EXHIBIT 2



Home  //  Industry Analysis  //  Failed Banks

# FDIC Dividends from Failed Banks

**What is a Dividend?**

**Background**

When a financial institution is closed, the Federal Deposit Insurance Corporation ("FDIC") is appointed as Receiver and the closed financial institution is placed into receivership. One of FDIC's responsibilities is to liquidate the closed financial institution's assets to pay the depositors and creditors. If there is any excess cash generated by the disposition of these assets, then a dividend may be distributed to the proven claimants.

**Claimants**

A "claim" is an assertion of indebtedness of a failed institution to a depositor or to a party which has a non-deposit liability such as a general creditor, subordinated debt holder, or shareholder. Individuals or entities that are able to prove the indebtedness are considered proven claimants and may receive distributions also known as receivership dividends.

**Dividend**

Receivership dividends are distributions of cash to proven claimants of the failed institution (the receivership). The cash is generated through the liquidation of receivership assets. The intent of the FDIC's receivership dividend policy is to distribute cash in the form of dividends to proven claimants of the receivership as sufficient cash accumulates in the receivership.

**Address Changes:**

Please notify the FDIC of any address changes by writing to:

FDIC
600 North Pearl Street
Suite 700
Dallas, Texas 75201
Attn: Claims Department

**Show More**



Last Updated:08/23/2023



Current Dividend Payments:

Using the following search option, select either the complete listing of all banks or a specific bank from the pull-down menu, then select "GO". The list displayed includes the institution(s) that have failed since October 1, 2000.

MONITORING STATEMENT

This is a Federal Deposit Insurance Corporation (FDIC) computer system. This computer system may be monitored by the FDIC for lawful purposes. All information (including personal and confidential) placed on or sent over this system may be examined, recorded or copied, used or disclosed by the FDIC for authorized purposes. Any information collected during monitoring may be used for purposes of any administrative, civil or criminal action or proceeding.

**Select a Bank**

All Banks

Go

No Results found

Back to Failed Bank Page
FDIC's General Disclaimer
Back to Top