# EXHIBIT 8

Case 5:23-cv-06543-BLF    Document 92-8    Filed 08/29/24    Page 1 of 4



# SILICON VALLEY BANK
# SANTA CLARA, CALIFORNIA

**The following list of responses to frequently asked questions may assist you in understanding what happened over the weekend at Silicon Valley Bank.**

On Friday, March 10, 2023, SILICON VALLEY BANK, SANTA CLARA, CA was closed by the CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION and INNOVATION.  The Federal Deposit Insurance Corporation (FDIC) was then appointed Receiver.  To protect depositors, the FDIC transferred all the deposits and substantially all of the assets of Silicon Valley Bank to Silicon Valley Bridge Bank, N.A., a full-service bank that will be operated by the FDIC as it markets the institution to potential bidders.

**IS MY MONEY SAFE?**
**Yes!** No one lost any money on deposit as a result of the closure of this bank.  All deposits, regardless of dollar amount, were transferred to Silicon Valley Bridge Bank, N.A.

**DO I HAVE ACCESS TO MY MONEY?**
**Yes!** You may continue to use your same checks, and they will clear up to the balance in your account.  Your ATM/Debit card will continue to work as usual.  The total balance in your account(s), including checking, savings, money markets, certificates of deposit, and retirement accounts, has been transferred to Silicon Valley Bridge Bank, N.A. and will be available for transactions daily.

**WHAT HAPPENS WITH MY DIRECT DEPOSITS?**
All direct deposits, for example, social security, payroll, veterans' benefits, disability, unemployment or any payment you receive electronically will continue as usual.

**WILL MY AUTOPAYMENTS/BILL PAY/ONLINE BANKING STILL WORK?**
**Yes!** These services will continue as usual.  Your routing number and account number will remain the same until you are notified in writing by Silicon Valley Bridge Bank, N.A.

**WILL I RECEIVE INTEREST ON MY CERTIFICATES OF DEPOSIT (CD)?**
**Yes!** Interest on deposits accrued through close of business on March 12, 2023, will be paid at your same rate.  Silicon Valley Bank's rates will be reviewed by Silicon Valley Bridge Bank, N.A. and you will be notified in writing of any changes.  You may withdraw funds from any transferred account without early withdrawal penalty until you enter into a new deposit agreement with Silicon Valley Bridge Bank, N.A.

**WHAT HAPPENS WITH MY BROKERED DEPOSITS?**
All brokered deposits have been assumed by Silicon Valley Bridge Bank, N.A. If you are a customer who has a Silicon Valley Bank deposit through a broker, you <u>must</u> contact your broker with any questions.

**HOW WILL I GET MY 1098/1099s FOR TAX REPORTING?**
Silicon Valley Bridge Bank, N.A. will be responsible for mailing your 1099 tax information.  Your 1098 reporting will be done by the FDIC or the servicer of your loan.  You will be notified of any changes in ownership or servicing of your loan.

**CAN I STILL USE MY SAFE DEPOSIT BOX?**
You will have access to your safe deposit boxes.  Any changes will be communicated by Silicon Valley Bridge Bank, N.A.

**CAN I OVERDRAFT MY ACCOUNT OR USE A LINE OF CREDIT?**
These lines have been transferred to Silicon Valley Bridge Bank, N.A. Please contact them if you have additional questions regarding your accounts.

**DO I CONTINUE TO MAKE MY LOAN PAYMENTS?**
You should continue to make your payments according to the terms of your written contract. You may continue to send your payments to the same payment address with checks made payable to Silicon Valley Bank. You will receive a letter advising you of any changes.

If you need to contact an FDIC Loan Representative you may:
- Send an email to FDIC_Loans@fdic.gov.
- Contact Us at FDIC.gov or the support center link: https://ask.fdic.gov/fdicinformationandsupportcenter/s/.

**WILL MY ESCROW PAYMENTS STILL BE MADE?**
All services previously performed related to your loan will continue. Should you receive notification that any portion of your taxes or insurance was not paid, notify your loan officer immediately.

**I HAVE A LOAN IN PROCESS, WHAT DO I DO?**
Please contact your current loan officer directly.

**I AM A SHAREHOLDER OF SILICON VALLEY BANK, WHO SHOULD I REACH OUT TO?**
The holding company, SVB Financial Group, Santa Clara, CA, owns all shares of Silicon Valley Bank stock. The holding company was not included in the closing of the bank or the resulting receivership. If you are a shareholder, please do not contact or file a claim with the Receiver. You must contact the holding company directly for more information.

> SVB Financial Group
> 3003 Tasman Drive
> Santa Clara, CA 95054

**WHAT IF SILICON VALLEY BANK OWES ME MONEY, HOW DO I FILE A CLAIM?**
Creditors must submit claims in writing, together with proof of the claim. To access the FDIC Claims Portal online, go to FDIC.gov and type in "Claims Portal" in the search box. To file a claim via mail, please send it to the following address:

> FDIC as Receiver for Silicon Valley Bank
> 600 N. Pearl Street, Suite 700
> Dallas, Texas 75201
> Attention: Claims Agent

**SHOULD I BE WORRIED ABOUT SCAMS?**
If caller is concerned about becoming a victim of fraud, be advised that you will not receive any communication from the FDIC requesting any private information. Be watchful for and resistant to any scams to obtain information from you by individuals or entities stating they are acting on behalf of Silicon Valley Bank, Silicon Valley Bridge Bank, N.A., or the FDIC.

**I HAVE MORE QUESTIONS.**
Please contact the FDIC Call Center or the Silicon Valley Bridge Bank, N.A. call center at the numbers provided below.

**FDIC CALL CENTER:     1-866-799-0959**

**HOURS OF OPERATION** (<u>Eastern</u> Time Zone)

Monday, March 13, 2023:     8:00 AM – 8:00 PM
Thereafter:     9:00 AM – 5:00 PM

**SILICON VALLEY BRIDGE BANK, N.A. CALL CENTER:     1-800-774-7390**
**HOURS OF OPERATION** (<u>Pacific</u> Time Zone)

Monday through Friday:     5:00 AM – 5:30 PM

Additional information: https://www.fdic.gov/resources/resolutions/bank-failures/failed-bank-list/.