1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  Adam S. Paris (SBN 190693)
   (parisa@sullcrom.com)
3  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
4  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East
5  Los Angeles, California 90067
   Telephone:     (310) 712-6600
6  Facsimile:     (310) 712-8800

7  Sverker K. Hogberg (SBN 244640)
   (hogbergs@sullcrom.com)
8  **SULLIVAN & CROMWELL LLP**
   550 Hamilton Avenue
9  Palo Alto, California 94301
   Telephone:     (650) 461-5600
10 Facsimile:     (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>             Plaintiff,<br><br>      v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>             Defendant. | Case No.: 5:23-cv-06543-BLF<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Beth Labson Freeman |

Pursuant to Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff SVB Financial Group ("SVBFG") submits this administrative motion to file under seal its unredacted Amended Complaint against the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"). Pages 13, 22, 28-30 of the unredacted Amended Complaint contain information derived from materials designated "Highly Confidential" by non-party the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1"), pursuant to the protective order ("Protective Order") entered in SVBFG's Chapter 11 proceeding. (*See In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.), ECF No. 428.) Under the Protective Order, Plaintiff shall file documents and information derived from materials designated "Highly Confidential" under conditional seal. (*See id.* at ¶ 20.) An unredacted version of the Amended Complaint will be concurrently provided to the Court and served on Defendant. Based on the foregoing, Plaintiff moves to file the following under seal:

| Document | Designating Party | Reason for Sealing |
|---|---|---|
| Unredacted Amended Complaint | FDIC-R1 | References to materials designated "Highly Confidential" by FDIC-R1 |

Dated: August 29, 2024

Respectfully submitted,

*/s/ Robert A. Sacks*
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 29, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that on August 29, 2024, I caused service of the foregoing via email to the Designating Party FDIC-R1.

*/s/ Robert A. Sacks*
Robert A. Sacks
(sacksr@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800