| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
| | (sacksr@sullcrom.com) |
| 2 | Adam S. Paris (SBN 190693) |
| | (parisa@sullcrom.com) |
| 3 | Diane L. McGimsey (SBN 234953) |
| | (mcgimseyd@sullcrom.com) |
| 4 | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East |
| 5 | Los Angeles, California 90067 |
| | Telephone:   (310) 712-6600 |
| 6 | Facsimile:   (310) 712-8800 |
| 7 | Sverker K. Hogberg (SBN 244640) |
| | (hogbergs@sullcrom.com) |
| 8 | **SULLIVAN & CROMWELL LLP** |
| | 550 Hamilton Avenue |
| 9 | Palo Alto, California 94301 |
| | Telephone:   (650) 461-5600 |
| 10 | Facsimile:   (650) 461-5700 |

*Attorneys for Plaintiff SVB Financial Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No.: 5:23-cv-06543-BLF |
| Plaintiff, | **DECLARATION OF ROBERT A. SACKS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, | |
| Defendant. | The Honorable Beth Labson Freeman |

I, Robert A. Sacks, declare as follows:

1. I am an attorney duly licensed by the State of California and admitted to practice before this Court. I am a partner at Sullivan & Cromwell LLP, and I represent Plaintiff SVB Financial Group ("SVBFG") in the above-titled action. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2. Attached is a true and correct copy of Plaintiff SVB Financial Group's unredacted Amended Complaint against Federal Deposit Insurance Corporation, in its corporate capacity.

3. Pages 13, 22, 28-30 of the unredacted Amended Complaint contain information derived from materials designated "Highly Confidential" by non-party the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1"), pursuant to the protective order ("Protective Order") entered in SVBFG's Chapter 11 proceeding. (*See In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.), ECF No. 428.)

4. Under the Protective Order, Plaintiff shall file documents and information derived from materials designated "Highly Confidential" under conditional seal. (*See id.* at ¶ 20.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 29, 2024                           */s/ Robert A. Sacks*
Los Angeles, California                            Robert A. Sacks

-1-