**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>      Defendant. | Case No.: 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Beth Labson Freeman |

In accordance with Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff SVB Financial Group ("SVBFG") filed an administrative motion ("Motion") for an order to seal the following document:

| Document | Designating Party | Reason for Sealing |
|---|---|---|
| Unredacted Amended Complaint | FDIC-R1 | References to materials designated "Highly Confidential" by FDIC-R1 |

Having considered Plaintiff's Motion and the filings in support of the Motion, the Court ORDERS as follows:

The Motion is GRANTED.

SO ORDERED.

Dated: _____       _____

HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:23-CV-06543-BLF

Dated:      August 29, 2024                    Respectfully submitted,

                                               /s/ Robert A. Sacks
                                               Robert A. Sacks
                                               Adam S. Paris
                                               Diane L. McGimsey
                                               **SULLIVAN & CROMWELL LLP**
                                               1888 Century Park East
                                               Los Angeles, California 90067
                                               Telephone:     (310) 712-6600
                                               Facsimile:     (310) 712-8800

                                               Sverker K. Hogberg
                                               **SULLIVAN & CROMWELL LLP**
                                               550 Hamilton Avenue
                                               Palo Alto, California 94301
                                               Telephone:     (650) 461-5600
                                               Facsimile:     (650) 461-5700

                                               *Attorneys for Plaintiff SVB Financial Group*