| | |
|---|---|
| Emily Kapur (CA Bar No. 306724)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: emilykapur@quinnemanuel.com<br><br>Benjamin I. Finestone (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: benjaminfinestone@quinnemanuel.com | Eric C. Lyttle (admitted *pro hac vice*)<br>Jonathan G. Cooper (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (650) 538-8100<br>Email: ericlyttle@quinnemanuel.com<br>Email: jonathancooper@quinnemanuel.com |

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO MODIFY THE BRIEFING SCHEDULE CONCERNING FDIC-C's MOTION TO DISMISS**<br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023 |

**[PROPOSED] ORDER**

Pursuant to the stipulation, the briefing schedule for FDIC-C's upcoming motion to dismiss is hereby modified as reflected below:

| Activity | Deadline |
| --- | --- |
| FDIC-C's motion to dismiss and supporting papers; | September 19, 2024 |
| SVBFG's answering brief in opposition to the motion to dismiss; | October 10, 2024 |
| FDIC-C's reply brief in further support of its motion to dismiss. | October 24, 2024 |

IT IS SO ORDERED.

Dated: _____         By: _____

HONORABLE BETH LABSON FREEMAN

UNITED STATES DISTRICT JUDGE