Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO MODIFY THE BRIEFING SCHEDULE CONCERNING FDIC-C's MOTION TO DISMISS<br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023 |

**[PROPOSED] ORDER**

Pursuant to the stipulation, the briefing schedule for FDIC-C's upcoming motion to dismiss is hereby modified as reflected below:

| Activity | Deadline |
| --- | --- |
| FDIC-C's motion to dismiss and supporting papers; | September 19, 2024 |
| SVBFG's answering brief in opposition to the motion to dismiss; | October 10, 2024 |
| FDIC-C's reply brief in further support of its motion to dismiss. | October 24, 2024 |

IT IS SO ORDERED.

Dated: September 5, 2024          By: _____

HONORABLE BETH LABSON FREEMAN

UNITED STATES DISTRICT JUDGE