| | |
|---|---|
| Emily Kapur (CA Bar No. 306724) <br> **QUINN EMANUEL URQUHART <br> & SULLIVAN, LLP** <br> 555 Twin Dolphin Dr., 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Email: emilykapur@quinnemanuel.com <br><br> Benjamin I. Finestone (admitted *pro hac vice*) <br> **QUINN EMANUEL URQUHART <br> & SULLIVAN, LLP** <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br> Email: benjaminfinestone@quinnemanuel.com | Eric C. Lyttle (admitted *pro hac vice*) <br> Jonathan G. Cooper (admitted *pro hac vice*) <br> **QUINN EMANUEL URQUHART <br> & SULLIVAN, LLP** <br> 1300 I Street NW, Suite 900 <br> Washington, DC 20005 <br> Telephone: (202) 538-8000 <br> Facsimile: (650) 538-8100 <br> Email: ericlyttle@quinnemanuel.com <br> Email: jonathancooper@quinnemanuel.com |

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, <br><br> Defendant. | CASE NO. 5:23-cv-06543-BLF <br><br> **[PROPOSED] ORDER GRANTING FDIC-C'S MOTION TO DISMISS SVBFG'S AMENDED COMPLAINT** <br> Judge: Hon. Beth Labson Freeman <br> Action Filed: December 19, 2023 <br><br> Hearing Date: January 30, 2025 <br> Time: 9:00am <br> Courtroom: 3 – 5th Floor |

**[PROPOSED] ORDER**

For the reasons stated in Defendant's motion, Plaintiff's operative complaint, Dkt. No. 92, is DISMISSED with prejudice. The Clerk is DIRECTED to close this case and to send a copy of this order to all counsel of record.

IT IS SO ORDERED.

Dated: _____          By: _____

HONORABLE BETH LABSON FREEMAN

UNITED STATES DISTRICT JUDGE