Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (admitted *pro hac vice*)
Jonathan G. Cooper (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation (in its corporate capacity)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | CASE NO. 5:23-cv-06543-BLF<br><br>**DECLARATION OF ERIC LYTTLE IN SUPPORT OF DEFENDANT FDIC-C'S NOTICE OF MOTION AND MOTION TO DISMISS SVBFG'S AMENDED COMPLAINT**<br>Judge: Hon. Beth Labson Freeman<br>Action Filed: December 19, 2023<br><br>Hearing Date: January 30, 2025<br>Time: 9:00am<br>Courtroom: 3 – 5th Floor |

**DECLARATION OF ERIC C. LYTTLE**

I, Eric C. Lyttle, declare as follows:

1. I am a member of the bar of Washington, D.C., and a partner in Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for the Federal Deposit Insurance Corporation, in its corporate capacity, the above-captioned action. Except as otherwise stated herein, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Transfer Agreement Between FDIC-R1 and Bridge Bank (Mar. 13, 2023), which is available on a government website at https://www.fdic.gov/system/files/2024-07/silicon-valley-transfer-agreement.pdf.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Call Notice executed by FDIC-R1 (Mar. 15, 2023) and the Call Assignment executed by Bridge Bank and FDIC-R1 (Mar. 15, 2023), which were publicly docketed at ECF No. 1373-1 & ECF No. 1373-2 in *In re SVB Financial Group*, No. 23-10367 (Bankr. S.D.N.Y.).

4. Attached hereto as **Exhibit C** is a true and correct copy of the FDIC Organization Directory–Headquarters, with the drop-down menus shown for the Division of Resolutions and Receiverships and the Legal Division, which is available on a government website at https://www.fdic.gov/about/organization-directory-headquarters.

5. Attached hereto as **Exhibit D** is a true and correct copy of emails incorporated by reference in paragraphs 76–85 of the Amended Complaint, ECF No. 92, which were publicly docketed at ECF No. 1343-2 in *In re SVB Financial Group*, No. 23-10367 (Bankr. S.D.N.Y.).

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2024, in Washington, D.C.

*/s/ Eric C. Lyttle*
Eric C. Lyttle

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

DATED: September 19, 2024                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan G. Cooper*
     Jonathan G. Cooper
     *Attorneys for Defendant FDIC-C*