# EXHIBIT B

| | |
|---|---|
| From: | Thomas, Jeffrey E. <JefThomas@FDIC.gov> |
| Sent: | Wednesday, March 15, 2023 9:12 PM |
| To: | Timothy Mayopoulos |
| Cc: | Henkes, Janine D.; Galleger, Erin; Gitomer, Jasa J.; Akande, Alimah S. |
| Subject: | FDIC Receiver's Call Notice for SVB Financial Group's Deposit Accounts |
| Attachments: | FDIC Receiver's Call Notice for SVB Financial Group's Deposit Accounts.pdf |

## CONTROLLED//FDIC BUSINESS

Mr. Mayopolous,

Attached is a Call Notice for SVB Financial Group's Deposit Accounts under Section 2.04 of the Transfer Agreement and a draft Call Assignment. If the Assignment is acceptable to you, please execute it on behalf of Silicon Valley Bridge Bank, NA, and return it to me.

Thank you,

Jeff Thomas


**Jeffrey E. Thomas**
Counsel, Legal Division
**Federal Deposit Insurance Corporation**
600 North Pearl Street, Suite 656
Dallas, TX  75201
Office: (972) 761-8552
Cell: ███████████
jefthomas@fdic.gov
FDIC.gov



This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Case 5:23-cv-06543-BLF   Document 99-4   Filed 09/19/24   Page 3 of 7
23-10367-mg   Doc 1373-1   Filed 08/01/24   Entered 08/01/24 14:04:23   Exhibit A Pg 3 of 5
NONPUBLIC//FDIC INTERNAL ONLY



**Federal Deposit Insurance Corporation**
550 17th Street, NW, Washington, DC 20429

SENT VIA EMAIL ONLY

3/15/2023

Silicon Valley Bridge Bank, NA
3003 Tasman Drive
Santa Clara, CA 95054
Attn: General Counsel

Subject:   FIN 10539 – Silicon Valley Bank
Santa Clara, California – In Receivership
Closing Date: March 10, 2023
<u>Call Notice of SVB Financial Group Deposit Accounts</u>

To whom it may concern,

Pursuant to Section 2.04 of the Transfer Agreement (All Deposits) dated March 13, 2023 (the "Bridge Bank Agreement"), by and between the Federal Deposit Insurance Corporation as Receiver of Silicon Valley Bank, Santa Clara, CA (the "Receiver") and Silicon Valley Bridge Bank, NA (the "Bridge Bank"), the Receiver gives notice of its election to call the all deposit accounts of SVB Financial Group and all associated assets and liabilities, including but not limited to the following accounts:

| Acct # |
|---|
| ▓▓▓5270 |
| ▓▓▓2756 |
| ▓▓▓0822 |
| ▓▓▓6176 |
| ▓▓▓6406 |
| ▓▓▓3577 |

This Call is effective as of March 15, 2023. As soon as possible, but in any event within 10 days of this notice, the Receiver requests that the Bridge execute a Call Assignment substantially in the form of the document attached.

Very truly yours,

*Janine Henkes*

Janine Henkes
Receiver-In-Charge
Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank

Attachments: Draft Call Assignment

**SILICON VALLEY BRIDGE BANK, NA**
2400 Hanover St.
Palo Alto, CA 94304
March 15, 2023

The Federal Deposit Insurance Corporation,
as Receiver of Silicon Valley Bank, Santa Clara, CA
Attn: Settlement Agent

Re: Assignment of Assets and Liabilities

Pursuant to the Federal Deposit Insurance Corporation's rights as receiver of Silicon Valley Bank, Santa Clara, CA (the "Receiver") under the Transfer Agreement (the "Agreement"), dated as of March 13, 2023, by and between the Receiver and Silicon Valley Bridge Bank, NA (the "Bridge Bank"), the Receiver has required the Bridge Bank to assign certain assets and liabilities identified on the attached schedule (the "Requested Assets and Liabilities") to the Receiver.

Pursuant to its obligations under the Agreement, the Bridge Bank hereby assigns, conveys and transfers all of its right, title, and interest in and to the Requested Assets and Liabilities to the Receiver as of March 15, 2023. Please return a countersigned version of this letter at your convenience.

Sincerely,
Silicon Valley Bridge Bank, NA
By: _____
Name: Timothy J. Mayopolous
Title: Chief Executive Officer and President
Dated: _____

The Federal Deposit Insurance Corporation, as receiver of Silicon Valley Bank, Santa Clara, CA accepts and assumes all of the Bridge Bank's right, title, and interest in and to, and assumes all obligations and liabilities related to, the Requested Assets and Liabilities as of March 15, 2023.

The Federal Deposit Insurance Corporation,
as receiver of Silicon Valley Bank, Santa Clara, CA

By: _____
Name: Janine Henkes
Title: Receiver-In-Charge
Dated: _____

## Schedule A to Assignment of Assets and Liabilities

### Requested Assets and Liabilities

All deposit accounts of SVB Financial Group and all associated assets and liabilities, including but not limited to the following deposit accounts:

| Acct # |
|---|
| ████5270 |
| ████2756 |
| ████0822 |
| ████6176 |
| ██████6406 |
| ████3577 |

**SILICON VALLEY BRIDGE BANK, NA**
2400 Hanover St.
Palo Alto, CA 94304
March 15, 2023

The Federal Deposit Insurance Corporation,
as Receiver of Silicon Valley Bank, Santa Clara, CA
Attn: Settlement Agent

Re: Assignment of Assets and Liabilities

Pursuant to the Federal Deposit Insurance Corporation's rights as receiver of Silicon Valley Bank, Santa Clara, CA (the "Receiver") under the Transfer Agreement (the "Agreement"), dated as of March 13, 2023, by and between the Receiver and Silicon Valley Bridge Bank, NA (the "Bridge Bank"), the Receiver has required the Bridge Bank to assign certain assets and liabilities identified on the attached schedule (the "Requested Assets and Liabilities") to the Receiver.

Pursuant to its obligations under the Agreement, the Bridge Bank hereby assigns, conveys and transfers all of its right, title, and interest in and to the Requested Assets and Liabilities to the Receiver as of March 15, 2023. Please return a countersigned version of this letter at your convenience.

Sincerely,
Silicon Valley Bridge Bank, NA
By: _____
Name: Timothy J. Mayopolous
Title: Chief Executive Officer and President
Dated: MARCH 15, 2023

The Federal Deposit Insurance Corporation, as receiver of Silicon Valley Bank, Santa Clara, CA accepts and assumes all of the Bridge Bank's right, title, and interest in and to, and assumes all obligations and liabilities related to, the Requested Assets and Liabilities as of March 15, 2023.

The Federal Deposit Insurance Corporation,
as receiver of Silicon Valley Bank, Santa Clara, CA

By: _____
Name: Janine Henkes
Title: Receiver-In-Charge
Dated: March 15, 2023

## Schedule A to Assignment of Assets and Liabilities

## Requested Assets and Liabilities

All deposit accounts of SVB Financial Group and all associated assets and liabilities, including but not limited to the following deposit accounts:

| Acct # |
|---|
| ▒▒▒▒5270 |
| ▒▒▒▒2756 |
| ▒▒▒▒0822 |
| ▒▒▒▒6176 |
| ▒▒▒▒6406 |
| ▒▒▒▒3577 |