# EXHIBIT C



About

Organization Directory - Headquarters

Divisions/Offices

- **Board of Directors (#board-directors)**
- **Deputy to the Chairman and Chief Operating Officer (#d-c-coo)**
- **Deputy to the Chairman and Chief Financial Officer (#d-c-cfo)**
- **Chief Information Officer/Chief Privacy Officer (#cio-cpo)**
- **Division of Administration (#d-a)**
- **Division of Complex Institution Supervision and Resolution (#d-cisr)**
- **Division of Depositor and Consumer Protection (#d-d-cp)**
- **Division of Finance (#d-f)**
- **Division of Information Technology (#d-it)**
- **Division of Insurance and Research (#d-ir)**
- **Division of Resolutions and Receiverships (#d-rr)**
- **Division of Risk Management Supervision (#d-rms)**
- **Legal Division (#l-d)**
- **Office of Communications (#o-communications)**
- **Office of Legislative Affairs (#o-la)**
- **Office of Minority and Women Inclusion (#o-mwi)**
- **Office of the Ombudsman (#o-ombudsman)**
- **Office of Risk Management and Internal Controls (#ormic)**
- **Corporate University (#c-u)**
- **Office of Inspector General (#o-ig)**

Key to Headquarters Buildings and Addresses

| Building | Address |
|---|---|
| F | 1776 F Street, NW, Washington, DC 20006 |
| MB | 550 17th Street, NW, Washington, DC 20429 |
| VS | Virginia Square, L. William Seidman Center - 3501 Fairfax Drive, Arlington, VA 22226 |
| 3701 | 3701 Fairfax Drive, Arlington, VA 22203 |

FDIC Call Center

**Need Help?**

The FDIC Call Center will direct your call.

**Toll-free numbers**

877-ASKFDIC (877-275-3342)

TDD: 800-925-4618

**Hours of operation**

8:00 am - 8:00 pm ET

Monday - Friday

9:00 am - 5:00 pm ET

Saturday-Sunday (*temporary hours*)

Division / Office

Board of Directors

Deputy to the Chairman and Chief Operating Officer

Deputy to the Chairman and Chief Financial Officer

Chief Information Officer/Chief Privacy Officer

Division of Information Technology

Division of Administration

## Division of Complex Institution Supervision and Resolution

## Division of Depositor and Consumer Protection

## Division of Finance

## Division of Insurance and Research

## Division of Resolutions and Receiverships

| Division / Office | Name |
|---|---|
| **Director (Acting)** | Shawn Khani |
| Special Assistant | Kevin Taylor |
| Senior Deputy Director, Resolution Strategy and Receivership Operations | Audra Cast |
| Senior Deputy Director, Financial Services and Technology and Asset Marketing and Management | Shawn Khani |
| Deputy Director, Resource Management | VACANT |
| Internal Review, Assistant Director | David Tedesco |
| Planning and Resource Management, Assistant Director | Brian Johnson |
| **Resolution Strategy Branch** | |
| Deputy Director | VACANT |
| Special Assistant | Preston Gilmore |
| Resolution Strategy, Assistant Director | Nathan Sis |
| Monitoring and Risk Analysis, Assistant Director | Varanessa Marshall |
| **Asset Marketing and Management Branch** | |
| Deputy Director | VACANT |
| Special Assistant | Caitlyn Kwong |
| Asset Management, Assistant Director | Alex Greenberg |
| Capital Markets and Risk Share Management, Assistant Director | Brock Walker |
| Credit Operations and Subsidiary Management, Assistant Director | VACANT |
| Capital Markets and Analytics, Assistant Director | VACANT |
| **Financial Services and Technology Branch** | |
| Deputy Director | VACANT |
| Special Assistant | Sarah Henderson |
| Receivership Accounting, Assistant Director | Daniel Lorber |
| Closing Operations, Assistant Director | Catherine Linhart |
| Technology Management and Business Intelligence, Assistant Director | Brandon McGuire |
| **Receiverships Operations Branch** | |
| Deputy Director | VACANT |
| Special Assistant | Curtis Smith |
| Customer Service and Investigations, Assistant Director | Tyler Cavaness |
| Contract Oversight and Receivership Oversight, Assistant Director | Andrew Stirling |
| Claims and Strategic Operations, Assistant Director | Shivali Nangia |

*Back to Top* (https://www.fdic.gov/contact/headquarters-directory/#top)

## Division of Risk Management Supervision

## Legal Division

| Division / Office | Name | Room |
|---|---|---|
| **Office of the General Counsel** | | |
| **General Counsel** | Harrel M. Pettway | MB-3034 |
| Acting Senior Executive Assistant | Dora Lindsay | MB-3049a |
| Acting Special Counsel | Jennifer Jones | MB-3078 |
| Emerging Technology & AML/Cyber Fraud Policy Group, Assistant General Counsel | Chris Ledoux | F-1080 |
| Office of the Executive Secretary, Deputy Executive Secretary | Debra A. Decker | F-1058 |
| Ethics and Alternative Dispute Resolution Unit, Ethics Program Manager | Ami Richardson | VS-D-8034 |
| **Resolution and Receivership Branch** | | |
| Deputy General Counsel | R. Penfield Starke | F-2056 |
| Executive Assistant | Danette Gross | F-2071a |
| Complex Financial Institutions Section, Assistant General Counsel (Acting) | Celia Van Gorder | F-2052 |
| Receivership Section, Assistant General Counsel | Kathy Russo | VASQ-E-7098 |
| **Supervision, Legislation & Enforcement Branch** | | |
| Deputy General Counsel | James L. Anderson | MB-3044 |
| Executive Assistant | Dora Lindsay | MB-3049a |
| Legislation, Regulations, and Policy Section, Assistant General Counsel | Sheikha Kapoor | MB-3134 |
| Enforcement Section, Assistant General Counsel (Acting) | Patrice Walker | RO-ATL-1012 |
| Bank Activities & Regional Affairs Section, Assistant General Counsel | Ashby G. Hilsman | MB-3030 |
| **Corporate Operations Branch** | | |
| Deputy General Counsel | Scott H. Christensen | MB-3042 |
| Executive Assistant | Debra Coneys | MB-3035b |
| Labor, Employment and Administration Section, Assistant General Counsel | Eric S. Gold | VS-D-6134 |
| Administration Unit, Chief | Susan Marone | VS-D-6088 |
| Corporate and Legal Operations Section, Assistant General Counsel | Matthew I. Kepniss | VS-D-8074 |
| Strategic Planning and Operations Group, Senior Counsel (Acting) | Susan Keojampa | TBD |
| **Litigation Branch** | | |
| Deputy General Counsel | Floyd I. Robinson | VS-D-7138 |
| Senior Special Counsel | Dominic A. Arni | VS-D-7078 |
| Litigation Support and Management Analyst | Kayla Everett | VS-D-7142 |
| Professional Liability and Financial Crimes Section, Assistant General Counsel | Melanie D. Coates | VS-E-7138 |
| General Litigation Section, Assistant General Counsel | B. Amon James | VS-D-7090 |

*Back to Top* (https://www.fdic.gov/contact/headquarters-directory/#top)

## Office of Communications

## Office of Legislative Affairs

## Office of Minority and Women Inclusion

## Office of the Ombudsman

## Office of Risk Management and Internal Controls

Corporate University

Office of Inspector General

Last Updated: September 16, 2024