# EXHIBIT D

Message

| | |
|---|---|
| From: | Tetrick, Ryan P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D61235EC52C24790B75E5C38A3FF9850-RYAN P. TET] |
| Sent: | 3/16/2023 5:39:15 PM |
| To: | Mayorga, Luis A. [lmayorga@fdic.gov]; Nangia, Shivali [snangia@fdic.gov]; Knighton, Cassandra T. [cknighton@fdic.gov]; Fayermark, Igor [ifayermark@fdic.gov]; Kelley, Sharon E. [shkelley@fdic.gov]; Davis, Cathy K. [cdavis@fdic.gov] |
| CC: | Falloon, Elizabeth [efalloon@fdic.gov]; Steinwald, Nathan C. [nsteinwald@fdic.gov]; Cast, Audra L. [acast@fdic.gov] |
| Subject: | RE: Silicon Financial Group Holding Company Accounts |

CONTROLLED//FDIC INTERNAL ONLY

BTW – great work on this please keep this group (and others who should be added) posted on anything new you learn or if any of the facts change. Want to be certain this money is locked down and can bear loss.

Mobile: ███

---

From: Tetrick, Ryan P.
Sent: Thursday, March 16, 2023 12:30 PM
To: Mayorga, Luis A. <LMayorga@FDIC.gov>; Nangia, Shivali <snangia@FDIC.gov>; Knighton, Cassandra T. <CKnighton@FDIC.gov>
Cc: Falloon, Elizabeth <EFalloon@FDIC.gov>; Steinwald, Nathan C. <nsteinwald@FDIC.gov>; Cast, Audra L. <ACast@FDIC.gov>; Fayermark, Igor <IFayermark@FDIC.gov>
Subject: RE: Silicon Financial Group Holding Company Accounts

CONTROLLED//FDIC INTERNAL ONLY

Very helpful. Thank you Luis.

Mobile: ███

---

From: Mayorga, Luis A. <LMayorga@FDIC.gov>
Sent: Thursday, March 16, 2023 12:29 PM
To: Tetrick, Ryan P. <rtetrick@FDIC.gov>; Nangia, Shivali <snangia@FDIC.gov>; Knighton, Cassandra T. <CKnighton@FDIC.gov>
Cc: Falloon, Elizabeth <EFalloon@FDIC.gov>; Steinwald, Nathan C. <nsteinwald@FDIC.gov>; Cast, Audra L. <ACast@FDIC.gov>; Fayermark, Igor <IFayermark@FDIC.gov>
Subject: RE: Silicon Financial Group Holding Company Accounts

CONTROLLED//FDIC INTERNAL ONLY

An account hold was requested for account 5377 on 3/13/23 and a hold was placed on that account the same day. In verifying balances on 3/15/23, it was found that there were other accounts tied to SVB Financial group and holds were then immediately placed on these other accounts, along with identifying a line of credit (█6406). It appears that between 3/13/23 and 3/15/23 a wire for $9,737,773 went out on 3/14/23. As mentioned before, we are in the process of having the bank debit the accounts and moving into the FDIC GL. We will also verify wire details, but that is likely what went to Key Bank.

| Acct # | Bank Account Title | Account Balance as of Today (3/16/23) | Account Balance as of 3/15/23 | Account Balance as of 3/10/23 |
|---|---|---|---|---|

PX 1

| Account | Entity | Amount | Amount | Amount |
|---|---|---|---|---|
| ▮5270 | SVB FINANCIAL GROUP | $1,943,651,707.29 | $1,943,651,707.29 | $1,953,389,480.29 |
| ▮2756 | SVB FINANCIAL GROUP | $108,147.80 | $108,147.80 | $108,147.80 |
| ▮0822 | SVB FINANCIAL GROUP | $143,593,717.97 | $143,593,717.97 | $143,593,717.97 |
| ▮6176 | SVB FINANCIAL GROUP | $18,969,270.57 | $18,969,270.57 | $18,969,270.57 |
| ▮6406 – NOT A DEOPSIT. LOC | SVB FINANCIAL GROUP | $16,100,000.00 | $16,100,000.00 | $16,100,000.00 |
| ▮3577 | SILICON VALLEY BANK | $2,113,497.23 | $2,113,497.23 | $2,062,052.88 |
| **Totals** | | | $2,124,484,896.51 | |

Luis A. Mayorga
Senior Complex Financial Institution Resolution Specialist
FDIC| Division of Complex Institution Supervision and Resolution | Claims Administration
Mobile: ▮
Email: LMayorga@fdic.gov

---

**From:** Tetrick, Ryan P. <rtetrick@FDIC.gov>
**Sent:** Thursday, March 16, 2023 10:58 AM
**To:** Mayorga, Luis A. <LMayorga@FDIC.gov>; Nangia, Shivali <snangia@FDIC.gov>; Knighton, Cassandra T. <CKnighton@FDIC.gov>
**Cc:** Falloon, Elizabeth <EFalloon@FDIC.gov>; Steinwald, Nathan C. <nsteinwald@FDIC.gov>; Cast, Audra L. <ACast@FDIC.gov>
**Subject:** RE: Silicon Financial Group Holding Company Accounts

CONTROLLED//FDIC INTERNAL ONLY

Thanks. It would be good to confirm the balances as of the date of close too.

Mobile: ▮

---

**From:** Mayorga, Luis A. <LMayorga@FDIC.gov>
**Sent:** Thursday, March 16, 2023 11:53 AM
**To:** Tetrick, Ryan P. <rtetrick@FDIC.gov>; Nangia, Shivali <snangia@FDIC.gov>; Knighton, Cassandra T. <CKnighton@FDIC.gov>
**Cc:** Falloon, Elizabeth <EFalloon@FDIC.gov>; Steinwald, Nathan C. <nsteinwald@FDIC.gov>; Cast, Audra L. <ACast@FDIC.gov>
**Subject:** RE: Silicon Financial Group Holding Company Accounts

CONTROLLED//FDIC INTERNAL ONLY

Transferred into the bridge. We held the deposits that were identified yesterday but there was an in process payment to Optum for FSAs in the amount of $59,566.38. We're verifying balances today and closing them into a FDIC GL. I talked

PX 1

to the SVB operations lead and she mentioned that the FSA payment had not processed because of the holds we placed so I asked her to stop it as well. I will provide balances when verified.

Luis A. Mayorga
Senior Complex Financial Institution Resolution Specialist
FDIC| Division of Complex Institution Supervision and Resolution | Claims Administration
Mobile:
Email: LMayorga@fdic.gov

**From:** Tetrick, Ryan P. <rtetrick@FDIC.gov>
**Sent:** Thursday, March 16, 2023 10:42 AM
**To:** Mayorga, Luis A. <LMayorga@FDIC.gov>; Nangia, Shivali <snangia@FDIC.gov>; Knighton, Cassandra T. <CKnighton@FDIC.gov>
**Cc:** Falloon, Elizabeth <EFalloon@FDIC.gov>; Steinwald, Nathan C. <nsteinwald@FDIC.gov>; Cast, Audra L. <ACast@FDIC.gov>
**Subject:** FW: Silicon Financial Group Holding Company Accounts

CONTROLLED//FDIC INTERNAL ONLY

What do we know about this? Are these deposits still in the receivership?

Mobile:



**From:** Nangia, Shivali <snangia@FDIC.gov>
**Sent:** Wednesday, March 15, 2023 7:22 PM
**To:** Starke, Richard P. <ristarke@FDIC.gov>
**Cc:** Cast, Audra L. <ACast@FDIC.gov>
**Subject:** FW: Silicon Financial Group Holding Company Accounts

This is what we have on hold for SVB HC.

**From:** Wilson, Augustus D. (Gus) <auwilson@FDIC.gov>
**Sent:** Wednesday, March 15, 2023 4:39 PM
**To:** Nangia, Shivali <snangia@FDIC.gov>; Davis, Cathy K. <CDavis@FDIC.gov>; Kelley, Sharon E. <ShKelley@FDIC.gov>; Coston, Kevin E. <KCoston@FDIC.gov>; Mayorga, Luis A. <LMayorga@FDIC.gov>; Ashfaque, Aisha <aashfaque@fdic.gov>
**Subject:** Silicon Financial Group Holding Company Accounts

PX 1

Balances as of today

| Acct # | Bank Account Title | Account Balance |
|---|---|---|
| 5270 | SVB FINANCIAL GROUP | $1,943,651,707.29 |
| 2756 | SVB FINANCIAL GROUP | $108,147.80 |
| 0822 | SVB FINANCIAL GROUP | $143,593,717.97 |
| 6176 | SVB FINANCIAL GROUP | $18,969,270.57 |
| 6406 | SVB FINANCIAL GROUP | $16,100,000.00 |
| 3577 | SILICON VALLEY BANK | $2,062,052.88 |
| Totals | | $2,124,484,896.51 |

Augustus "Gus" Wilson
Senior Claims Administration Analyst, Division of Resolution and Receivership
Federal Deposit Insurance Corporation
600 North Pearl Street, Suite 700
Dallas, Texas, 75201
Office:
Cell:
fdic.gov

**FDIC**

**Mayorga, Luis A.**

**From:** Cheryl McCoy <cmccoy@svb.com>
**Sent:** Monday, March 13, 2023 11:31 AM
**To:** Mayorga, Luis A.
**Subject:** [EXTERNAL MESSAGE] RE: HC Deposit

This hold on acct ███████3577 has been processed.

---

Cheryl McCoy

Head of SVB Global Operations,
Global Operations & Enterprise Servicing

cmccoy@svb.com

Assistant – Crista Fleagle : cfleagle@svb.com



SVB Confidential

**From:** Mayorga, Luis A. <LMayorga@FDIC.gov>
**Sent:** Monday, March 13, 2023 9:04 AM
**To:** Cheryl McCoy <cmccoy@svb.com>
**Subject:** FW: HC Deposit

External Sender: This email originated from outside of the organization.

Can you process?

Luis A. Mayorga
Senior Complex Financial Institution Resolution Specialist
FDIC| Division of Complex Institution Supervision and Resolution | Claims Administration
Mobile: ███████
Email: LMayorga@fdic.gov

**From:** Wilson, Augustus D. (Gus) <auwilson@FDIC.gov>
**Sent:** Monday, March 13, 2023 11:03 AM
**To:** Coston, Kevin E. <KCoston@FDIC.gov>; Kelley, Sharon E. <ShKelley@FDIC.gov>; Aldridge, Kathleen D. <KAldridge@FDIC.gov>; Jennings, Amanda L. <AJennings@FDIC.gov>
**Cc:** Mayorga, Luis A. <LMayorga@FDIC.gov>; Fayermark, Igor <IFayermark@FDIC.gov>; Holmes, Terrence D. <tholmes@FDIC.gov>; Sullivan, Steven L. <StSullivan@FDIC.gov>; Davis, Cathy K. <CDavis@FDIC.gov>; Nangia, Shivali <snangia@FDIC.gov>
**Subject:** RE: HC Deposit

1

Will do,

Luis, can you get a hold placed on this account ASAP in the bank's system?

I applied an OPS hold to the account in CAS.

Thank you

**Augustus "Gus" Wilson**
Senior Claims Administration Analyst, Division of Resolution and Receivership
**Federal Deposit Insurance Corporation**
600 North Pearl Street, Suite 700
Dallas, Texas, 75201
Office:
Cell:
fdic.gov



---

**From:** Coston, Kevin E. <KCoston@FDIC.gov>
**Sent:** Monday, March 13, 2023 11:01 AM
**To:** Wilson, Augustus D. (Gus) <auwilson@FDIC.gov>; Kelley, Sharon E. <ShKelley@FDIC.gov>; Aldridge, Kathleen D. <KAldridge@FDIC.gov>; Jennings, Amanda L. <AJennings@FDIC.gov>
**Cc:** Mayorga, Luis A. <LMayorga@FDIC.gov>
**Subject:** RE: HC Deposit

Yes, and a hard Hold on the SVB deposit platform !

**Kevin Coston**
**Senior Financial Management Analyst**
**Federal Deposit Insurance Corporation**
1601 Bryan, Dallas, TX 75201 | Cell Phone :

---

**From:** Wilson, Augustus D. (Gus) <auwilson@FDIC.gov>
**Sent:** Monday, March 13, 2023 11:00 AM
**To:** Coston, Kevin E. <KCoston@FDIC.gov>; Kelley, Sharon E. <ShKelley@FDIC.gov>; Aldridge, Kathleen D. <KAldridge@FDIC.gov>; Jennings, Amanda L. <AJennings@FDIC.gov>
**Cc:** Mayorga, Luis A. <LMayorga@FDIC.gov>
**Subject:** RE: HC Deposit

You are saying we need a hold in CAS?

2

**Augustus "Gus" Wilson**
Senior Claims Administration Analyst, Division of Resolution and Receivership
**Federal Deposit Insurance Corporation**
600 North Pearl Street, Suite 700
Dallas, Texas, 75201
Office:
Cell:
fdic.gov



**From:** Coston, Kevin E. <KCoston@FDIC.gov>
**Sent:** Monday, March 13, 2023 10:36 AM
**To:** Kelley, Sharon E. <ShKelley@FDIC.gov>; Aldridge, Kathleen D. <KAldridge@FDIC.gov>; Jennings, Amanda L. <AJennings@FDIC.gov>
**Cc:** Mayorga, Luis A. <LMayorga@FDIC.gov>; Wilson, Augustus D. (Gus) <auwilson@FDIC.gov>
**Subject:** RE: HC Deposit

This is the Holding Co acct from the BOA list.   I will try to run down the employee who can place a Hold on the deposit system . . .



| Account Number | Modifier | | Legal Title |
|---|---|---|---|
| ____3577 | | 0 | SVB FINANCIAL GROUP |

**Kevin Coston**
**Senior Financial Management Analyst**
**Federal Deposit Insurance Corporation**
1601 Bryan, Dallas, TX 75201 | Cell Phone :

**From:** Kelley, Sharon E. <ShKelley@FDIC.gov>
**Sent:** Monday, March 13, 2023 10:27 AM
**To:** Coston, Kevin E. <KCoston@FDIC.gov>; Aldridge, Kathleen D. <KAldridge@FDIC.gov>
**Subject:** FW: HC Deposit

3

**From:** Cast, Audra L. <ACast@FDIC.gov>
**Sent:** Monday, March 13, 2023 10:25 AM
**To:** Henkes, Janine D. <JHenkes@FDIC.gov>; Kelley, Sharon E. <ShKelley@FDIC.gov>
**Subject:** FW: HC Deposit

FYI

Audra L. Cast
DRR Deputy Director
Federal Deposit Insurance Corporation
Office:
Cell:
fdic.gov

**FDIC**

**From:** Starke, Richard P. <ristarke@FDIC.gov>
**Sent:** Monday, March 13, 2023 10:24 AM
**To:** Cast, Audra L. <ACast@FDIC.gov>; Tetrick, Ryan P. <rtetrick@FDIC.gov>
**Subject:** HC Deposit

The Fed says the SVB holding company has a deposit at the bridge that we should not release.

You can manage your email preferences, or unsubscribe from promotional or marketing email, by visiting the Silicon Valley Bank Manage Email Preferences page. Read our Privacy Policy.

Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB).

Silicon Valley Bank is registered in England and Wales at Alphabeta, 14-18 Finsbury Square, London EC2A 1BR, UK under No. FC029579. Silicon Valley Bank is authorised and regulated by the California Department of Financial Protection and Innovation (DFPI) and the United States Federal Reserve Bank; authorised by the Prudential Regulation Authority with number 577295; and subject to regulation by the Financial Conduct Authority and limited regulation by the Prudential Regulation Authority.

© 2022 SVB Financial Group. All rights reserved. SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license.