Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>        Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Beth Labson Freeman |

Pursuant to Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff SVB Financial Group ("SVBFG") submits this administrative motion to file under seal its unredacted Opposition to Defendant Federal Deposit Insurance Corporation, in Its Corporate Capacity's Motion to Dismiss Amended Complaint (the "Opposition"). Page 4, lines 20-27, and page 5, line 1, of the unredacted Opposition contains information derived from materials designated "Highly Confidential" by non-party Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1"), pursuant to the protective order ("Protective Order") entered in SVBFG's Chapter 11 proceeding. (*See In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.), ECF No. 428.) Under the Protective Order, Plaintiff shall file documents and information derived from materials designated "Highly Confidential" under conditional seal. (*See id.* ¶ 20.) An unredacted version of the Opposition will be concurrently provided to the Court and served on Defendant. Based on the foregoing, Plaintiff moves to file the following under seal:

| Document | Designating Party | Portion(s) to Seal | Reason for Sealing |
| --- | --- | --- | --- |
| Unredacted Opposition to Defendant Federal Deposit Insurance Corporation, in Its Corporate Capacity's Motion to Dismiss Amended Complaint | FDIC-R1 | Highlighted portions at 4:20-27, 5:1 | References to materials designated "Highly Confidential" by FDIC-R1 |

| | | |
|---|---|---|
| 1 | Dated: October 10, 2024 | Respectfully submitted, |
| 2 | | */s/ Robert A. Sacks* |
| 3 | | Robert A. Sacks<br>Adam S. Paris |
| 4 | | Diane L. McGimsey<br>**SULLIVAN & CROMWELL LLP** |
| 5 | | 1888 Century Park East<br>Los Angeles, California 90067 |
| 6 | | Telephone:   (310) 712-6600<br>Facsimile:    (310) 712-8800 |
| 7 | | Sverker K. Hogberg |
| 8 | | **SULLIVAN & CROMWELL LLP**<br>550 Hamilton Avenue |
| 9 | | Palo Alto, California 94301<br>Telephone:   (650) 461-5600 |
| 10 | | Facsimile:    (650) 461-5700 |
| 11 | | *Attorneys for Plaintiff SVB Financial Group* |

-2-

PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:23-CV-06543-BLF

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on October 10, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that on October 10, 2024, I caused service of the foregoing via email to the Designating Party FDIC-R1.

*/s/ Robert A. Sacks*
Robert A. Sacks
(sacksr@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800