Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                    Plaintiff,<br><br>           v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                    Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**DECLARATION OF ROBERT A. SACKS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Beth Labson Freeman |

I, Robert A. Sacks, declare as follows:

1. I am an attorney duly licensed by the State of California and admitted to practice before this Court. I am a partner at Sullivan & Cromwell LLP, and I represent Plaintiff SVB Financial Group ("SVBFG") in the above-titled action. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2. Attached is a true and correct copy of SVBFG's unredacted Opposition to Defendant Federal Deposit Insurance Corporation, in Its Corporate Capacity's Motion to Dismiss Amended Complaint (the "Opposition").

3. Page 4, lines 20-27, and page 5, line 1, of SVBFG's unredacted Opposition contains information derived from materials designated "Highly Confidential" by non-party Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1"), pursuant to the protective order ("Protective Order") entered in SVBFG's Chapter 11 proceeding. (*See In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.), ECF No. 428.)

4. Under the Protective Order, Plaintiff shall file documents and information derived from materials designated "Highly Confidential" under conditional seal. (*See id.* ¶ 20.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2024          */s/ Robert A. Sacks*
Los Angeles, California          Robert A. Sacks