1
2                     **UNITED STATES DISTRICT COURT**
3                    **NORTHERN DISTRICT OF CALIFORNIA**
4                              **SAN JOSE DIVISION**
5

| | |
|---|---|
| SVB FINANCIAL GROUP, ) | Case No. 5:23-cv-06543-BLF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, ) | |
| ) | |
| Defendant. ) | The Honorable Beth Labson Freeman |

In accordance with Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff SVB Financial Group ("SVBFG") filed an administrative motion ("Motion") for an order to seal the following document:

| Document | Designating Party | Portion(s) to Seal | Reason for Sealing |
|---|---|---|---|
| Unredacted Opposition to Defendant Federal Deposit Insurance Corporation, in Its Corporate Capacity's Motion to Dismiss Amended Complaint | FDIC-R1 | Highlighted portions at 4:20-27, 5:1 | References to materials designated "Highly Confidential" by FDIC-R1 |

Having considered Plaintiff's Motion and the filings in support of the Motion, the Court ORDERS as follows:

The Motion is GRANTED.

SO ORDERED.

Dated: _____

                                                                 HON. BETH L. FREEMAN
                                                                 UNITED STATES DISTRICT JUDGE

-1-

[Proposed] Order Granting Plaintiff SVB Financial Group's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 5:23-cv-06543-BLF

| | | |
|---|---|---|
| 1 | Dated: October 10, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Robert A. Sacks* |
| | | Robert A. Sacks |
| | | Adam S. Paris |
| 4 | | Diane L. McGimsey |
| | | **SULLIVAN & CROMWELL LLP** |
| 5 | | 1888 Century Park East |
| | | Los Angeles, California 90067 |
| 6 | | Telephone:   (310) 712-6600 |
| | | Facsimile:    (310) 712-8800 |
| 7 | | |
| | | Sverker K. Hogberg |
| 8 | | **SULLIVAN & CROMWELL LLP** |
| | | 550 Hamilton Avenue |
| 9 | | Palo Alto, California 94301 |
| | | Telephone:   (650) 461-5600 |
| | | Facsimile:    (650) 461-5700 |
| 10 | | |
| 11 | | *Attorneys for Plaintiff SVB Financial Group* |

-2-