UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVB FINANCIAL GROUP ,

Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its corporate
capacity ,

Defendant.

Case No. 5:23-cv-06543-BLF

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Plaintiff, SVB Financial Group , the following attorney(s)

> (1) move(s) to substitute as counsel of record,
>
> (2) certify they are members in good standing of this Court's bar,
>
> (3) attest to the consent of current counsel to be withdrawn, and
>
> (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Robert A. Van Nest, Jan Nielsen Little, Julia L. Allen, and Maya James of Keker, Van Nest & Peters LLP.

Name(s) of counsel withdrawing from representation and firm name:
Robert A. Sacks, Adam S. Paris, Diane L. McGimsey, and Sverker K. Hogberg of Sullivan & Cromwell LLP.

Date: December 19, 2024

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____        _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Beth Labson Freeman

United States District Court
Northern District of California