UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No. 5:23-cv-06543-BLF |
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, | **LAW FIRM;** ~~PROPOSED~~ **ORDER** |
| Defendant. | |

On behalf of (party name) Plaintiff, SVB Financial Group , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Robert A. Van Nest, Jan Nielsen Little, Julia L. Allen, and Maya James of Keker, Van Nest & Peters LLP.

Name(s) of counsel withdrawing from representation and firm name:
Robert A. Sacks, Adam S. Paris, Diane L. McGimsey, and Sverker K. Hogberg of Sullivan & Cromwell LLP.

Date: December 19, 2024

### ~~[PROPOSED]~~ ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: December 19, 2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Beth Labson Freeman