1  Jonathan K. Chang (SBN 355907)
     jonathan.chang@davispolk.com
2  DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
3  Redwood City, California 94063
4  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
5
   Robert A. Van Nest (SBN 84065)
6     rvannest@keker.com
   Jan Nielsen Little (SBN 100029)
7     jlittle@keker.com
8  Julia L. Allen (SBN 286097)
      jallen@keker.com
9  Maya P. James (SBN 318554)
      mjames@keker.com
10 KEKER, VAN NEST & PETERS LLP
   633 Battery Street
11 San Francisco, California 94111
   Telephone: (415) 391-5400
12 Facsimile:  (415) 397-7188
13
   *Attorneys for Plaintiff SVB Financial Group*
14

15                    UNITED STATES DISTRICT COURT

16               FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18 | SVB FINANCIAL GROUP,                    | ) | Case No. 5:23-cv-06543-BLF |
   |                                         | ) |                            |
19 |                    Plaintiff,           | ) |                            |
   |                                         | ) | NOTICE OF ASSOCIATION OF COUNSEL |
20 |        v.                               | ) |                            |
   |                                         | ) |                            |
21 | FEDERAL DEPOSIT INSURANCE               | ) | Courtroom: 3 – 5th Floor   |
22 | CORPORATION, in its corporate capacity, | ) | Judge:    Honorable Beth Labson Freeman |
   |                                         | ) |                            |
23 |                    Defendant.           | ) | Action Filed: December 19, 2023 |
   |                                         | ) |                            |
24 |                                         | ) |                            |
25 |                                         | ) |                            |

26
27
28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Robert A. Van Nest, Jan Nielsen Little, Julia L. Allen, and Maya P. James of the law firm of Keker, Van Nest & Peters LLP, attorneys of record for plaintiff SVB Financial Group, hereby associate Davis Polk & Wardwell LLP as counsel in this matter. The name, office address, telephone number, fax number and email address of the associated counsel are as follows.

> Jonathan K. Chang
> DAVIS POLK & WARDWELL LLP
> 900 Middlefield Road, Suite 200
> Redwood City, California 94063
> Telephone: (650) 752-2000
> Facsimile: (650) 752-2111
> Email: jonathan.chang@davispolk.com

Attorneys Robert A. Van Nest, Jan Nielsen Little, Julia L. Allen, and Maya P. James concur in the filing of this Notice of Association of Counsel.

Dated: December 19, 2024                         KEKER, VAN NEST & PETERS LLP

                                                 /s/ Robert A. Van Nest
                                                 Robert A. Van Nest (SBN 84065)
                                                   rvannest@keker.com
                                                 Jan Nielsen Little (SBN 100029)
                                                   jlittle@keker.com
                                                 Julia L. Allen (SBN 286097)
                                                   jallen@keker.com
                                                 Maya P. James (SBN 318554)
                                                   mjames@keker.com
                                                 633 Battery Street
                                                 San Francisco, California 94111
                                                 Telephone: (415) 391-5400
                                                 Facsimile:  (415) 397-7188

                                                 *Attorneys for Plaintiff SVB Financial Group*

Davis Polk & Wardwell LLP and attorney Jonathan K. Chang hereby accept the above association.

Dated: December 19, 2024

DAVIS POLK & WARDWELL LLP

*/s/ Jonathan K. Chang*
Jonathan K. Chang (SBN 355907)
jonathan.chang@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Marshall S. Huebner
Elliot Moskowitz
Kathryn S. Benedict
  (*pro hac vice* applications forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Plaintiff SVB Financial Group*

**LOCAL RULE 5-4.3.4 ATTESTATION**

I, Jonathan K. Chang, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jonathan K. Chang*
Jonathan K. Chang (SBN 355907)