| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>JAN NIELSEN LITTLE - # 100029<br>jlittle@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>MAYA JAMES - # 318554<br>mjames@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Plaintiff<br>SVB FINANCIAL GROUP | DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (*pro hac vice*)<br>marshall.huebner@davispolk.com<br>Elliot Moskowitz (*pro hac vice*)<br>elliot.moskowitz@davispolk.com<br>Kathryn S. Benedict (*pro hac vice*)<br>kathryn.benedict@davispolk.com<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:     212 450 4000<br><br>DAVIS POLK & WARDWELL LLP<br>Jonathan K. Chang - # 355907<br>jonathan.chang@davispolk.com<br>900 Middlefield Road<br>Redwood City, CA 94063<br>Telephone:     650 752 2000 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                         Plaintiff,<br><br>        v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, in its corporate capacity,<br><br>                         Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**UNOPPOSED REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Dept.:     Courtroom 3 – 5th Floor<br><br>Judge:     Hon. Beth Labson Freeman |

Pursuant to Federal Rule of Civil Procedure 16 and N.D. Cal. Civil Local Rule 16-10(c), Plaintiff SVB Financial Group[1] requests that the Court schedule a Case Management Conference on January 30, 2025, or as soon thereafter as the Court may be available. SVB Financial Group respectfully requests this Case Management Conference to discuss case management issues, including efforts to streamline and simplify this case for resolution. Defendant Federal Deposit Insurance Corporation, in its corporation capacity ("FDIC-C") does not oppose this request for a Case Management Conference.

The Parties will already be present before the Court on January 30, 2025 for a hearing on FDIC-C's Motion to Dismiss. As a result, SVB Financial Group respectfully requests, subject to the Court's availability, that the Case Management Conference be set for that same date.

Dated: January 14, 2025                                KEKER, VAN NEST & PETERS LLP

                                        By:   /s/ Robert A. Van Nest
                                              ROBERT A. VAN NEST - # 84065
                                              rvannest@keker.com
                                              JAN NIELSEN LITTLE - # 100029
                                              jlittle@keker.com
                                              JULIA L. ALLEN - # 286097
                                              jallen@keker.com
                                              MAYA JAMES - # 318554
                                              mjames@keker.com
                                              **KEKER, VAN NEST & PETERS LLP**
                                              633 Battery Street
                                              San Francisco, CA 94111-1809
                                              Telephone:     415 391 5400
                                              Facsimile:     415 397 7188

                                              Attorneys for Plaintiff
                                              SVB FINANCIAL GROUP

---

[1] Plaintiff SVB Financial Trust has been substituted for SVB Financial Group. *See* Findings of Fact, Conclusions of Law and Order Confirming the Debtor's Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code at § 5.5, No. 23-10367 (MG) (Bank. S.D.N.Y. Aug. 2, 2024), Dkt. 1379 ("On the Effective Date, [SVBFT] shall be deemed to be substituted as the party to any pending litigation . . . in which the Debtor [(SVB Financial Group)] is a party . . . ."). Depending on the outcome of discussions with the FDIC in its corporate capacity and the FDIC-Rs, SVBFT anticipates it will file in the near term either an agreed stipulation or an administrative motion seeking to amend the caption to reflect this already-effectuated substitution pursuant to the Bankruptcy Court's order.

Dated: January 14, 2025

DAVIS POLK & WARDWELL LLP

By: */s/* Elliot Moskowitz
Marshall S. Huebner (*pro hac vice*)
marshall.huebner@davispolk.com
Elliot Moskowitz (*pro hac vice*)
elliot.moskowitz@davispolk.com
Kathryn S. Benedict (*pro hac vice*)
kathryn.benedict@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: 212 450 4000

Jonathan K. Chang - # 355907
jonathan.chang@davispolk.com
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road
Redwood City, CA 94063
Telephone: 650 752 2000

Attorneys for Plaintiff
SVB FINANCIAL GROUP

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: January 14, 2025                                              KEKER, VAN NEST & PETERS LLP

                                                                        By:   /s/ Robert A. Van Nest
                                                                              ROBERT A. VAN NEST
                                                                              JAN NIELSEN LITTLE
                                                                              JULIA L. ALLEN
                                                                              MAYA JAMES

                                                                              Attorneys for Plaintiff
                                                                              SVB FINANCIAL GROUP