KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
MAYA JAMES - # 318554
mjames@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
SVB FINANCIAL GROUP

DAVIS POLK & WARDWELL LLP
Marshall S. Huebner (*pro hac vice*)
marshall.huebner@davispolk.com
Elliot Moskowitz (*pro hac vice*)
elliot.moskowitz@davispolk.com
Kathryn S. Benedict (*pro hac vice*)
kathryn.benedict@davispolk.com
450 Lexington Avenue
New York, NY 10017
Telephone:     212 450 4000

DAVIS POLK & WARDWELL LLP
Jonathan K. Chang - # 355907
jonathan.chang@davispolk.com
900 Middlefield Road
Redwood City, CA 94063
Telephone:     650 752 2000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**UNOPPOSED REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Dept:     Courtroom 3 – 5th Floor<br>Judge:    Hon. Beth Labson Freeman |

APPROVED
Judge Beth Labson Freeman

1  Pursuant to Federal Rule of Civil Procedure 16 and N.D. Cal. Civil Local Rule 16-10(c), Plaintiff SVB Financial Group[1] requests that the Court schedule a Case Management Conference on January 30, 2025, or as soon thereafter as the Court may be available. SVB Financial Group respectfully requests this Case Management Conference to discuss case management issues, including efforts to streamline and simplify this case for resolution. Defendant Federal Deposit Insurance Corporation, in its corporation capacity ("FDIC-C") does not oppose this request for a Case Management Conference.

The Parties will already be present before the Court on January 30, 2025 for a hearing on FDIC-C's Motion to Dismiss. As a result, SVB Financial Group respectfully requests, subject to the Court's availability, that the Case Management Conference be set for that same date.

Dated: January 14, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ Robert A. Van Nest
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
MAYA JAMES - # 318554
mjames@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff
SVB FINANCIAL GROUP

---

[1] Plaintiff SVB Financial Trust has been substituted for SVB Financial Group. *See* Findings of Fact, Conclusions of Law and Order Confirming the Debtor's Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code at § 5.5, No. 23-10367 (MG) (Bank. S.D.N.Y. Aug. 2, 2024), Dkt. 1379 ("On the Effective Date, [SVBFT] shall be deemed to be substituted as the party to any pending litigation . . . in which the Debtor [(SVB Financial Group)] is a party . . . ."). Depending on the outcome of discussions with the FDIC in its corporate capacity and the FDIC-Rs, SVBFT anticipates it will file in the near term either an agreed stipulation or an administrative motion seeking to amend the caption to reflect this already-effectuated substitution pursuant to the Bankruptcy Court's order.

| | |
|---|---|
| 1 | |
| 2 | Dated: January 14, 2025 |
| | DAVIS POLK & WARDWELL LLP |

By:  /s/ Elliot Moskowitz
-------

Marshall S. Huebner (*pro hac vice*)
marshall.huebner@davispolk.com
Elliot Moskowitz (*pro hac vice*)
elliot.moskowitz@davispolk.com
Kathryn S. Benedict (*pro hac vice*)
kathryn.benedict@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone:  212 450 4000

Jonathan K. Chang - # 355907
jonathan.chang@davispolk.com
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road
Redwood City, CA 94063
Telephone:  650 752 2000

Attorneys for Plaintiff
SVB FINANCIAL GROUP

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: January 14, 2025                                KEKER, VAN NEST & PETERS LLP

By:  /s/ Robert A. Van Nest
ROBERT A. VAN NEST
JAN NIELSEN LITTLE
JULIA L. ALLEN
MAYA JAMES

Attorneys for Plaintiff
SVB FINANCIAL GROUP