1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  SVB FINANCIAL GROUP,
5  Plaintiff(s),
6  v.
7  FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,
8  Defendant.

Case No. 5:23-cv-06543-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alec Levy, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Federal Deposit Insurance Company, in its corporate capacity in the above-entitled action. My local co-counsel in this case is Emily Kapur, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 306724.

**Quinn Emanuel Urquhart & Sullivan, LLP**
1300 I Street, NW, Suite 900 Washington, D.C. 20005
MY ADDRESS OF RECORD

202.538.8000
MY TELEPHONE # OF RECORD

aleclevy@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

**Quinn Emanuel Urquhart & Sullivan, LLP**
555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

650.801.5000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

emilykapur@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1616241.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated 1/22/2025

*Alec Levy*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Alec Levy__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE