Marshall S. Huebner (admitted *pro hac vice*)
   marshall.huebner@davispolk.com
Elliot Moskowitz (admitted *pro hac vice*)
   elliot.moskowitz@davispolk.com
Kathryn S. Benedict (admitted *pro hac vice*)
   kathryn.benedict@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Jonathan K. Chang (SBN 355907)
   jonathan.chang@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorneys for Plaintiff SVB Financial Trust

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>        Defendant. | Case No. 5:23-cv-06543-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PLAINTIFF AND AMEND CASE CAPTION**<br><br>Courtroom: 3 – 5th Floor<br>Judge: Honorable Beth Labson Freeman |

Pursuant to Rules 7-11 and 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, and with the consent of Defendant Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), Plaintiff SVB Financial Group ("SVBFG") requests entry of an Order under Federal Rule of Civil Procedure 25(c)[1] amending the case caption to reflect the substitution of SVB Financial Trust (the "Trust", and collectively with FDIC-C and SVBFG, the "Parties") for SVBFG as plaintiff in the above-captioned case (the "Action"), for the reasons set forth below:

WHEREAS, on March 17, 2023, SVBFG filed a petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of New York;

WHEREAS, on August 2, 2024, the Bankruptcy Court confirmed SVBFG's Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") pursuant to the Findings of Fact, Conclusions of Law and Order Confirming the Debtor's Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code, *In re SVB Financial Group*, No. 23-10367 (MG) (Bank. S.D.N.Y. Aug. 2, 2024), Dkt. 1379 (the "Bankruptcy Court's Order");

WHEREAS, Section 5.5 of the Plan provides that "[o]n the Effective Date, [the Trust] shall be deemed to be substituted as the party to any pending litigation . . . in which the Debtor [(SVB Financial Group)] is a party . . . .";

WHEREAS, the Action was pending as of August 2, 2024 and remains so;

WHEREAS, the Plan became effective on November 7, 2024;

---

[1] The parties disagree whether the Trust was automatically substituted for SVBFG as plaintiff in this case pursuant to the Plan or whether there is discretion to substitute the Trust for SVBFG. The FDIC-C's position is that substitution of a party following a transfer of interest requires a motion under Federal Rule of Civil Procedure 25(c), but "[e]ven when an interest is actually transferred, Rule 25(c) does not mandate substitution or joinder." *Beatbox Music Pty, Ltd. v. Labrador Entm't, Inc.*, 2021 WL 3163759, at *2 (C.D. Cal. Feb. 26, 2021) (collecting cases). Rather, "[t]he trial court has discretion to grant or deny substitution under Rule 25(c)." *Bullets2Bandages, LLC v. Caliber Corp.*, 2019 WL 5684400, at *3 (S.D. Cal. Nov. 1, 2019). Nevertheless, on the basis of the assurances and representations in this stipulation, FDIC-C consents to the substitution.

-1-

-2-

1  WHEREAS, the Trust represents to the Defendant that the amendment of the caption in the Action to reflect the substitution of the Trust for SVBFG as plaintiff will have no impact on any potential counterclaim or defense that FDIC-C or the Trust may assert in the Action;

WHEREAS, the Trust represents and agrees that it has possession, custody, and control over every document, custodial file, information, and potential witness that SVBFG has or would have had, had it remained in this Action, in its possession, custody, and control;

WHEREAS, the Trust represents to the Defendant that the amendment of the caption in the Action to reflect the substitution of the Trust for SVBFG as plaintiff will have no impact on the discoverability or admissibility of any evidence in the Action, or the ability of the Trust to access and make available for deposition SVBFG witnesses as would SVBFG, or on any deadline in the Actions;

WHEREAS, the Trust agrees that it will present no evidence and make no argument at trial regarding the distinction between the Trust and SVBFG; and

WHEREAS, based on the representations of the Trust in this stipulation, the Defendant does not oppose the amendment of the case caption in the Action to reflect the substitution of the Trust for SVBFG.

NOW, THEREFORE, SVBFG respectfully requests, with the consent of the Defendant, that the Court enter an Order that:

The caption of the Action shall be amended to reflect the substitution of SVB Financial Trust for SVB Financial Group as plaintiff in the Action.

Pursuant to this stipulation and request, the caption for the filings in the Action would appear as follows:

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　　Defendant. | Case No. 5:23-cv-06543-BLF |

　　　　　IT IS SO STIPULATED.

Dated:   January 23, 2025           DAVIS POLK & WARDWELL LLP

*/s/ Elliot Moskowitz*
Marshall S. Huebner (*pro hac vice*)
Elliot Moskowitz (*pro hac vice*)
Kathryn S. Benedict (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212 450 4000
marshall.huebner@davispolk.com
elliot.moskowitz@davispolk.com
kathryn.benedict@davispolk.com

Jonathan K. Chang - # 355907
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: 650 752 2000
jonathan.chang@davispolk.com

Robert A. Van Nest - # 84065
Jan Nielsen Little - # 100029
Julia L. Allen - # 286097
Maya James - # 318554
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
jlittle@keker.com
jallen@keker.com
mjames@keker.com

*Attorneys for Plaintiff SVB*
*FINANCIAL TRUST*

Dated: January 23, 2025	QUINN EMANUEL URQUHART & SULLIVAN, LLP

   /s/ Jonathan G. Cooper

Emily Kapur (Bar No. 306724)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

Benjamin I. Finestone (*pro hac vice* )
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com

Eric C. Lyttle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (650) 538-8100
Email: ericlyttle@quinnemanuel.com
Email: jonathancooper@quinnemanuel.com

*Counsel to the Federal Deposit Insurance Corporation, in its corporate capacity*

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Date: January 23, 2025

                          */s/ Elliot Moskowitz*
                          Elliot Moskowitz

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 23, 2025

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

-7-